# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Brian Kelly, | ) | Case No. 0:22-cv-1799-ECT-JFD |
| | ) | |
| Plaintiff, | ) | **DEFENDANT UNITED** |
| | ) | **PAYMENT CENTER'S LR** |
| vs. | ) | **7.1(f) WORD COUNT** |
| | ) | **COMPLIANCE CERTIFICATE** |
| United Payment Center Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Jeremy Thompson, certify that Defendant United Payment Center's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Claim for Punitive Damages complies with Local Rule 7.1(f).

I further certify that, in preparation of this Memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced Memorandum contains 1,326 words.

DATED:  November 21, 2022	Respectfully submitted,

        **GORDON REES SCULLY MANSUKHANI, LLP**

By:*/s/ Jeremy Thompson*
    Suzanne L. Jones, MN Bar No. 389345
    Jeremy Thompson, MN Bar No. 0402173
    Gordon Rees Scully Mansukhani, LLP
    100 S. Fifth Street, Suite 1900
    Minneapolis, MN 55402
    Telephone:  (612) 364-1742
    sljones@grsm.com
    jthompson@grsm.com

*Attorneys for Defendant United Payment Center, Inc.*