**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 0:22-cv-1799-ECT-JFD**

| | |
|---|---|
| Brian Kelly, | |
| Plaintiff, | |
| v. | |
| United Payment Center, Inc., | **L.R. 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE** |
| Defendant. | |

I, Peter F. Barry, certify that PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES complies with Local Rule 7.1(c).  I further certify that in preparation of this memorandum I used Microsoft Word for Mac©2022, Version 16.67 (22111300), and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  I further certify that the above referenced memorandum contains **4,361** words.

Respectfully submitted,

**THE BARRY LAW OFFICE, LTD**

Dated: December 8, 2022

By:  s/ Peter F. Barry
Peter F. Barry, Esq.
Attorney I.D.#0266577
333 Washington Ave No, Suite 300-9038
Minneapolis, MN 55401-1353
Telephone:  (612) 379-8800
pbarry@lawpoint.com

*Attorney for Plaintiff*