## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Kelly,<br><br>        Plaintiff,<br>v.<br><br>United Payment Center, Inc.,<br><br>        Defendant. | **CASE NO.: 0:22-cv-1799-ECT-JFD**<br><br>**L.R. 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Peter F. Barry, certify that PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY complies with Local Rule 7.1(c).  I further certify that in preparation of this memorandum I used Microsoft Word for Mac©2023, Version 16.72 (23040900), and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, except captions and signature blocks.  I further certify that the above referenced memorandum contains **11,455** words.

                                                    Respectfully submitted,

                                                    **THE BARRY LAW OFFICE, LTD**

Dated: April 25, 2023                   By:  s/ Peter F. Barry
                                                    Peter F. Barry, Esq.
                                                    Attorney I.D.#0266577
                                                    333 Washington Ave No, Suite 300-9038
                                                    Minneapolis, MN 55401-1353
                                                    Telephone:  (612) 379-8800
                                                    pbarry@lawpoint.com

                                                    ***Attorney for Plaintiff***