# EXHIBIT A






**UNITED PAYMENT CENTER**
Inquired on 06/22/2022

222 N MOUNTAIN AVE STE 215, UPLAND CA 91786




