# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Kelly,<br><br>　　　　Plaintiff,<br>v.<br><br>United Payment Center, Inc.,<br><br>　　　　Defendant. | CASE NO. 0:22-cv-1799-ECT-JFD<br><br>**DECLARATION OF<br>PETER F. BARRY** |

I, Peter F. Barry, Esq. declare as follows:

1. That I am the Plaintiff's attorney in the above matter, over the age of 18 and competent to testify as to all matters contained in this Declaration if called upon to do so.

2. I am submitting this Declaration in support of Plaintiff's motion for summary judgment as to liability in the above-entitled action (the "Action").

3. Attached hereto as **Exhibit A** is a true and correct copy of the Deposition of Michael Steven Martinez, owner of Defendant United Payment Center, Inc.

4. Attached hereto as **Exhibit B** is a true and correct copy of the records from the California Secretary of State website showing Defendant's corporate registration.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Minnesota Department of Commerce's debt collection licensing database, Pulseportal.com, showing that Defendant was not licensed as a collection agency in the State of Minnesota at the time of suit.

6. Attached hereto as **Exhibit D** is a true and correct copy of the California Department of Financial Protection and Innovation debt collection licensing database showing that Defendant was not licensed as a collection agency in the State of California at the time of suit.

7. Attached hereto as **Exhibit E** is a true and correct copy of the current terms and conditions for the use of Trans Union's TLOxp skip tracing database service, obtained from https://www.tlo.com/terms-conditions and last accessed March 30, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Respectfully submitted,

**THE BARRY LAW OFFICE, LTD**

Dated: April 25, 2023

By: s/ Peter F. Barry
Peter F. Barry, Esq.
Attorney I.D.#0266577
333 Washington Ave No, Suite 300-9038
Minneapolis, MN 55401-1353
Telephone: (612) 379-8800
pbarry@lawpoint.com

***Attorney for Plaintiff***