# EXHIBIT B



**California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | UNITED PAYMENT CENTER INC. |
| Entity (File) Number: | C3732291 |
| File Date: | 01/11/2022 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | H101824 |

**Detailed Filing Information**

1. Entity Name: UNITED PAYMENT CENTER INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   13715 Frazier st
   Baldwin Park, California 91706
   United States of America

   b. Mailing Address:
   13715 Frazier st
   Baldwin Park, California 91706
   United States of America

   c. Street Address of Principal Executive Office:
   13715 Frazier st
   Baldwin Park, California 91706
   United States of America

3. Officers:
   a. Chief Executive Officer:
   Maria  Martinez
   13715 Frazier st
   Baldwin Park, California 91706
   United States of America

   b. Secretary:
   Maria  Martinez
   13715 Frazier st
   Baldwin Park, California 91706
   United States of America

Document ID: H101824

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:    Michael Martinez
13715 Frazier st
Baldwin Park, California 91706
United States of America

4.  Director:    Maria Martinez
13715 Frazier st
Baldwin Park, California 91706
United States of America

Number of Vacancies on the Board of Directors:    0

5.  Agent for Service of Process:    Michael Martinez
13715 Frazier st
Baldwin Park, California 91706
United States of America

6.  Type of Business:    Collection Agency

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Michael Martinez

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: H101824

**California Secretary of State**
Electronic Filing

## Corporation - Attachment to Statement of Information

**List of Additional Directors**:

1. Michael Martinez
   13715 Frazier st
   Baldwin Park, California 91706
   United States of America

2.

3.

4.

5.

6.

7.

Document ID: H101824