# EXHIBIT C



Home                                                                                                     Adjust font size

## Search Licensee
### Search Licensed Entity

**Type:**
◉ Business  ○ Individual

Please enter at least one of the search criteria below:

If you have difficulty finding the licensee, please try a wildcard search by placing a percentage sign (%) in the front and/or back of a particular section of the name, i.e., Real% will retrieve all names beginning with Real and %Real% will retrieve all names that have Real within the name.

If entering the name, you must enter at least two characters.

| | |
|---:|:---|
| **Business Location Postal Code** | |
| **License Number** | |
| **License Type** | |
| **Name** | United Payment |
| **Business Location City** | |

[ Search ] [ Cancel ]

**No Licensed Entity found matching the criteria.**

**Do not use your browser's back button or all your data will be lost.**
You must disable your pop-up blocker to view reports. View instructions.
View System Related Questions
View State Licensing Related Questions
For Pennsylvania, click System Related Questions above

**Home** | **Help**
Terms of Use | Privacy Policy | Download Adobe Reader
Vertafore © 2022 Vertafore, Inc. All rights reserved.