# EXHIBIT D



United Payment

No matches found!    Filter by: ☐ Individual    ☑ Company    Any Regulator

Apply Filter(s)

No NMLS records match the search terms you provided.
You may want to try a new search using more general terms.
For further assistance, view the search tips or click on the FAQs above.

Information made available through NMLS Consumer Access^SM is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**