# Exhibit 2

## Billing Detail By Person

Date Range: 1/1/2010 - 1/1/2024

THE BARRY LAW OFFICE, LTD
CONSUMER RIGHTS LAW

| Person | Client | Date | Task | Comment | Hours | Amount |
|---|---|---|---|---|---|---|
| Peter Barry | | | | | | |
| | General - 56234  56234 Kelly, Brian v. United Payment Center | | | | | |
| | | 6/29/2022 | Analyze, Review and Advise | Prepared and sent documents to client. | 0.20 | $120.00 |
| | | 6/29/2022 | Analyze, Review and Advise | Reviewed client docs and all credit reports. | 1.10 | $660.00 |
| | | 6/29/2022 | Analyze, Review and Advise | Initial client intake. | 1.50 | $900.00 |
| | | 7/1/2022 | Analyze, Review and Advise | Reviewed evidence in case. | 0.20 | $120.00 |
| | | 7/1/2022 | Analyze, Review and Advise | Call to client | 0.10 | $60.00 |
| | | 7/1/2022 | Analyze, Review and Advise | Call with client. | 0.20 | $120.00 |
| | | 7/1/2022 | Analyze, Review and Advise | Drafted lawsuit. | 0.30 | $180.00 |
| | | 7/6/2022 | Analyze, Review and Advise | Drafted complaint | 0.90 | $540.00 |
| | | 7/7/2022 | Analyze, Review and Advise | Continued drafting complaint. Researched entity location, etc. | 1.20 | $720.00 |
| | | 7/8/2022 | Analyze, Review and Advise | Continued complaint drafting. | 2.40 | $1,440.00 |
| | | 7/8/2022 | Analyze, Review and Advise | Email threads with client | 0.20 | $120.00 |
| | | 7/9/2022 | Analyze, Review and Advise | Drafting complaint.  Emails to client. | 2.20 | $1,320.00 |
| | | 7/15/2022 | Analyze, Review and Advise | Received ECF pings back.  Review and saved to file. | 0.20 | $120.00 |
| | | 7/15/2022 | Analyze, Review and Advise | Prepared lawsuit for filing.  Reviewed and filed with court. | 0.60 | $360.00 |
| | | 7/18/2022 | Analyze, Review and Advise | Email threads with process server. | 0.10 | $60.00 |
| | | 7/18/2022 | Analyze, Review and Advise | Prepared delaration for process sever.  Arranged for service. | 0.30 | $180.00 |
| | | 8/11/2022 | Analyze, Review and Advise | Emails to process server. | 0.10 | $60.00 |
| | | 8/11/2022 | Analyze, Review and Advise | Email threads with client. | 0.10 | $60.00 |
| | | 8/29/2022 | Analyze, Review and Advise | Reviewed proposed stipulation to extend time.  Made edits and corrections.  Esigned and approved for filing. | 0.30 | $180.00 |
| | | 8/30/2022 | Analyze, Review and Advise | Reviewed stipulation to extend time filed on ECF. | 0.20 | $120.00 |
| | | 9/19/2022 | Analyze, Review and Advise | Drafted demand. Email to counsel. | 1.10 | $660.00 |
| | | 9/19/2022 | Analyze, Review and Advise | Call with client. | 0.20 | $120.00 |
| | | 9/26/2022 | Analyze, Review and Advise | Status call with client | 0.20 | $120.00 |
| | | 9/27/2022 | Analyze, Review and Advise | Research into Rosenthal | 0.50 | $300.00 |
| | | 9/27/2022 | Analyze, Review and Advise | Call to counsel re: extension. | 0.10 | $60.00 |
| | | 9/28/2022 | Analyze, Review and Advise | Reviewed Stip to extend filed on ECF. | 0.10 | $60.00 |
| | | 10/3/2022 | Analyze, Review and Advise | Call to client. | 0.10 | $60.00 |
| | | 10/5/2022 | Analyze, Review and Advise | Rule 408 call with defense counsel Suzanne Jones, | 0.10 | $60.00 |
| | | 10/6/2022 | Analyze, Review and Advise | Rule 408 email to counsel. | 0.10 | $60.00 |
| | | 10/20/2022 | Analyze, Review and Advise | Reviewed ECF pings from Court re Answer. | 0.30 | $180.00 |
| | | 10/31/2022 | Analyze, Review and Advise | Call to Suzanne Jones,  Left Message. | 0.20 | $120.00 |
| | | 11/2/2022 | Analyze, Review and Advise | Rule 408 conversation with Jones. | 0.60 | $360.00 |
| | | 11/2/2022 | Analyze, Review and Advise | Call to Jones.  Left message. | 0.10 | $60.00 |
| | | 11/7/2022 | Analyze, Review and Advise | Reviewed and filed Amended COmplaint. | 0.30 | $180.00 |
| | | 11/7/2022 | Analyze, Review and Advise | Rule 26f Conference with Jeremy Thompson. | 0.50 | $300.00 |
| | | 11/7/2022 | Analyze, Review and Advise | Drafted Rule 26f report.  Sent to counsel for review. | 1.60 | $960.00 |
| | | 11/7/2022 | Analyze, Review and Advise | | 1.70 | $1,020.00 |

## Billing Detail By Person

Date Range: 1/1/2010 - 1/1/2024

THE BARRY LAW OFFICE, LTD
CONSUMER RIGHTS LAW

| Person | Client | Date | Task | Comment | Hours | Amount |
|---|---|---|---|---|---|---|
| | | 11/8/2022 | Analyze, Review and Advise | Drafted Amended COmplaint. Filed on ECF. Reviewed eduts to Rule 26f Report. Email threads with defense counsel. | 0.20 | $120.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Drafted Rule 26a1 Disclosures. | 0.90 | $540.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Email threads with counsel re: Rule 26f Report. | 0.10 | $60.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Edits and final review of Rule 26f Report. Email threads to counsel approving changes. | 0.20 | $120.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Reviewed final filed Rule 26f report. | 0.10 | $60.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Email threads to client. | 0.10 | $60.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Drafted Settlement letter. | 1.20 | $720.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Reviewed edits to Rule 26f Report. | 0.40 | $240.00 |
| | | 11/10/2022 | Analyze, Review and Advise | Follow up email to Counsel for insurance disclosure. | 0.10 | $60.00 |
| | | 11/16/2022 | Analyze, Review and Advise | Attended Rule 16 COnference | 0.50 | $300.00 |
| | | 11/21/2022 | Analyze, Review and Advise | Prepped motion to dismiss reply. | 0.60 | $360.00 |
| | | 11/21/2022 | Analyze, Review and Advise | Research. Email threads with defense counsel. | 0.30 | $180.00 |
| | | 11/21/2022 | Analyze, Review and Advise | Call with Defense counsel. | 0.30 | $180.00 |
| | | 11/22/2022 | Analyze, Review and Advise | Reviewed pretrial order. | 0.10 | $60.00 |
| | | 11/22/2022 | Analyze, Review and Advise | Email status update to client. | 0.10 | $60.00 |
| | | 11/27/2022 | Analyze, Review and Advise | Drafted motion reply brief. | 4.50 | $2,700.00 |
| | | 11/28/2022 | Analyze, Review and Advise | Edits to reply brief on Motion to Dismiss. | 1.40 | $840.00 |
| | | 11/29/2022 | Analyze, Review and Advise | Edits to reply brief. | 0.10 | $60.00 |
| | | 11/29/2022 | Analyze, Review and Advise | Reviewed corrected pretrial scheduling order. | 0.10 | $60.00 |
| | | 11/30/2022 | Analyze, Review and Advise | Edits to MTD brief and filed on ECF. | 3.10 | $1,860.00 |
| | | 12/8/2022 | Analyze, Review and Advise | FInal edits to brief and word count certificate and filed with court on ECF. | 1.70 | $1,020.00 |
| | | 12/9/2022 | Analyze, Review and Advise | Drafted and served initial disclosures under FRCP 26(a)(1). | 1.30 | $780.00 |
| | | 12/16/2022 | Analyze, Review and Advise | Research into Defendants use of DPPA skip tracing tools. | 3.20 | $1,920.00 |
| | | 12/19/2022 | Analyze, Review and Advise | Research into skiptracing by Defendnat. | 2.50 | $1,500.00 |
| | | 12/20/2022 | Analyze, Review and Advise | Rule 408 discussion with Jeremy Thompson. | 0.30 | $180.00 |
| | | 12/20/2022 | Analyze, Review and Advise | Research in Defendant. | 1.40 | $840.00 |
| | | 12/22/2022 | Analyze, Review and Advise | Email threads with Flynn. | 0.10 | $60.00 |
| | | 12/22/2022 | Analyze, Review and Advise | Drafted and served Notice of Taking Deposition. Researched court reporters. | 0.60 | $360.00 |
| | | 12/22/2022 | Analyze, Review and Advise | Email threads to Thompson re: oral argument. | 0.10 | $60.00 |
| | | 12/22/2022 | Analyze, Review and Advise | Reviewed Reply in Support of Motion to Dismiss | 0.40 | $240.00 |
| | | 12/23/2022 | Analyze, Review and Advise | Reviewed evidence in case. | 1.40 | $840.00 |
| | | 12/23/2022 | Analyze, Review and Advise | Email threads with defense counsel re: oral argument. | 0.10 | $60.00 |
| | | 12/27/2022 | Analyze, Review and Advise | Rule 408 Call to Jeremy Thompson. Requested word versions of documents. | 0.10 | $60.00 |
| | | 12/30/2022 | Analyze, Review and Advise | Emails with clerk. | 0.10 | $60.00 |
| | | 12/30/2022 | Analyze, Review and Advise | Email threads with defense re: depo scheduling. | 0.10 | $60.00 |

## Billing Detail By Person

Date Range: 1/1/2010 - 1/1/2024

THE BARRY LAW OFFICE, LTD
CONSUMER RIGHTS LAW

| Person | Client | Date | Task | Comment | Hours | Amount |
|---|---|---|---|---|---|---|
| | | 12/30/2022 | Analyze, Review and Advise | Deposition prep research. | 1.20 | $720.00 |
| | | 1/2/2023 | Analyze, Review and Advise | Drafted subpoenas to various entitites. | 0.20 | $120.00 |
| | | 1/4/2023 | Analyze, Review and Advise | Reviewed evidence in case. | 0.20 | $120.00 |
| | | 1/5/2023 | Analyze, Review and Advise | Email threads with Thompson re: request for discussion, | 0.10 | $60.00 |
| | | 1/5/2023 | Analyze, Review and Advise | Reviewed discovery requests. | 0.10 | $60.00 |
| | | 1/6/2023 | Analyze, Review and Advise | Deposition prep for Martinez depo. | 1.40 | $840.00 |
| | | 1/6/2023 | Analyze, Review and Advise | Call to Thompson. | 0.10 | $60.00 |
| | | 1/8/2023 | Analyze, Review and Advise | Review and prep for oral argument. Reviewed all briefing and relevant case law. Compiled oral argument notes for hearing on motion to dismiss. Reviewed Judge Tostrud's practices and pointers. | 3.70 | $2,220.00 |
| | | 1/8/2023 | Analyze, Review and Advise | Call with Client | 0.50 | $300.00 |
| | | 1/9/2023 | Analyze, Review and Advise | Travel to/from hearing. pre work. Oral argument on Defendant's motion to dismiss. | 2.30 | $1,380.00 |
| | | 1/10/2023 | Analyze, Review and Advise | Call with co-counsel. Served amended notice of deposition. | 0.60 | $360.00 |
| | | 1/12/2023 | Analyze, Review and Advise | Email to counsel requesting extension of time on discovery. | 0.20 | $120.00 |
| | | 1/23/2023 | Analyze, Review and Advise | Drafted discovery responses. Gathered all documents. Reviewed. Identified all responsive docs. Sent to client for review and signature. | 5.20 | $3,120.00 |
| | | 1/23/2023 | Analyze, Review and Advise | Call with co-counsel. | 0.30 | $180.00 |
| | | 1/23/2023 | Analyze, Review and Advise | Email to court re: settlement conference. | 0.10 | $60.00 |
| | | 1/24/2023 | Analyze, Review and Advise | Final review and transmittal of initial discovery responses. | 1.30 | $780.00 |
| | | 1/24/2023 | Analyze, Review and Advise | Rule 408 meet and confer. | 0.30 | $180.00 |
| | | 1/24/2023 | Analyze, Review and Advise | Email Threads with client. Sent final interrogatory responses for review. | 0.10 | $60.00 |
| | | 2/2/2023 | Analyze, Review and Advise | Email threads with to client. | 0.10 | $60.00 |
| | | 2/2/2023 | Analyze, Review and Advise | Reviewed Settlement conference order. | 0.50 | $300.00 |
| | | 2/9/2023 | Analyze, Review and Advise | Reviewed ECF ping re: transcript request. | 0.10 | $60.00 |
| | | 2/15/2023 | Analyze, Review and Advise | Deposition prep for Michale Martinez depostion. | 0.70 | $420.00 |
| | | 2/16/2023 | Analyze, Review and Advise | Email threads to counsel. | 0.10 | $60.00 |
| | | 2/20/2023 | Analyze, Review and Advise | Email threads to defense re: attendees for depostion. | 0.10 | $60.00 |
| | | 2/21/2023 | Analyze, Review and Advise | Prepped for depostiton. | 6.40 | $3,840.00 |
| | | 2/21/2023 | Analyze, Review and Advise | Email threads with Dan Brees re: rescheduling deposition. | 0.20 | $120.00 |
| | | 2/21/2023 | Analyze, Review and Advise | Call with co-counsel. | 0.50 | $300.00 |
| | | 2/22/2023 | Analyze, Review and Advise | Conversation with co-counsel. | 0.10 | $60.00 |
| | | 2/22/2023 | Analyze, Review and Advise | Drafted and served Second Amended NOD. | 0.20 | $120.00 |
| | | 2/22/2023 | Analyze, Review and Advise | Completed Review of Tweets. | 0.60 | $360.00 |
| | | 2/22/2023 | Analyze, Review and Advise | Email threads with defense counsel. | 0.10 | $60.00 |
| | | 3/9/2023 | Analyze, Review and Advise | Drafted and sent demand for Insurance Disclosures. | 0.30 | $180.00 |
| | | 3/14/2023 | Analyze, Review and Advise | Darafted discovery requests to Defendant. Set I. | 2.40 | $1,440.00 |

## Billing Detail By Person

Date Range: 1/1/2010 - 1/1/2024

**THE BARRY LAW OFFICE, LTD**
CONSUMER RIGHTS LAW

| Person | Client | Date | Task | Comment | Hours | Amount |
|---|---|---|---|---|---|---|
| | | 3/14/2023 | Analyze, Review and Advise | Call with Co-counsel. | 0.70 | $420.00 |
| | | 3/14/2023 | Analyze, Review and Advise | Arranged process server. | 0.20 | $120.00 |
| | | 3/14/2023 | Analyze, Review and Advise | Drafted subpoena to BBB.  Edits to initial discovery documents. | 0.50 | $300.00 |
| | | 3/14/2023 | Analyze, Review and Advise | Talked to Dan Brees. | 0.20 | $120.00 |
| | | 3/16/2023 | Analyze, Review and Advise | Email threads with cocounsel | 0.10 | $60.00 |
| | | 3/16/2023 | Analyze, Review and Advise | Email threads with opposing counsel regarding defendants failure to produce the Allstate insurance policy | 0.30 | $180.00 |
| | | 3/17/2023 | Analyze, Review and Advise | Drafted subpoena to Allstate. | 1.50 | $900.00 |
| | | 3/17/2023 | Analyze, Review and Advise | Arranged Service of subpoena to Allstate. | 0.90 | $540.00 |
| | | 3/17/2023 | Analyze, Review and Advise | Review of insurance policy. | 0.50 | $300.00 |
| | | 3/17/2023 | Analyze, Review and Advise | Call to Dan Brees. | 0.70 | $420.00 |
| | | 3/20/2023 | Analyze, Review and Advise | Research into subpoena, | 0.50 | $300.00 |
| | | 3/29/2023 | Analyze, Review and Advise | Deposition preparation. | 0.10 | $60.00 |
| | | 3/29/2023 | Analyze, Review and Advise | Continued Deposition prep. | 2.70 | $1,620.00 |
| | | 3/29/2023 | Analyze, Review and Advise | Rule 408 conversation with Dan Brees. | 0.40 | $240.00 |
| | | 3/29/2023 | Analyze, Review and Advise | Deposition prep. | 2.40 | $1,440.00 |
| | | 3/30/2023 | Analyze, Review and Advise | Drafted subpoena to Pro-recovery systems. | 0.10 | $60.00 |
| | | 3/30/2023 | Analyze, Review and Advise | Issued subpoena to Allstate.  Arranged for National service. | 0.50 | $300.00 |
| | | 3/30/2023 | Analyze, Review and Advise | Post-deposition exhibits bundled and sent to Defendant.  Reviewed and edit meet and confer letter to Brees. | 0.90 | $540.00 |
| | | 3/30/2023 | Analyze, Review and Advise | Call to client. | 0.80 | $480.00 |
| | | 3/30/2023 | Analyze, Review and Advise | TLOXP research. | 0.30 | $180.00 |
| | | 3/30/2023 | Analyze, Review and Advise | Drafted and sent meet and confer letter to Dan Brees. | 0.20 | $120.00 |
| | | 3/30/2023 | Analyze, Review and Advise | Deposition prep.  Conducted full day deposition of Michael Martinez. | 8.30 | $4,980.00 |
| | | 3/31/2023 | Analyze, Review and Advise | Drafted Subpoena to Pro Recovery Systems. | 0.60 | $360.00 |
| | | 3/31/2023 | Analyze, Review and Advise | Rule 408 email to Brees. | 0.10 | $60.00 |
| | | 3/31/2023 | Analyze, Review and Advise | Email threads with Dan Brees. | 0.10 | $60.00 |
| | | 3/31/2023 | Analyze, Review and Advise | Drafted and served Rule 26(e) Supplemental disclosures. | 1.30 | $780.00 |
| | | 4/11/2023 | Analyze, Review and Advise | Notes to file. | 0.10 | $60.00 |
| | | 4/11/2023 | Analyze, Review and Advise | Drafted settlement agreement. | 0.60 | $360.00 |
| | | 4/11/2023 | Analyze, Review and Advise | Reviewed documents. | 0.80 | $480.00 |
| | | 4/11/2023 | Analyze, Review and Advise | Meet and confer with Brees.  Prep time prior to call. | 1.40 | $840.00 |
| | | 4/13/2023 | Analyze, Review and Advise | Call with client | 0.90 | $540.00 |
| | | 4/13/2023 | Analyze, Review and Advise | Additions to summary judgment, brief | 0.30 | $180.00 |
| | | 4/13/2023 | Analyze, Review and Advise | Reviewed changes. Emailed Joint Settlement letter to Chambers. | 0.10 | $60.00 |
| | | 4/13/2023 | Analyze, Review and Advise | Drafted joint update letter to Court. | 0.90 | $540.00 |
| | | 4/17/2023 | Analyze, Review and Advise | Drafted Motion for Summary Judgment outline. | 3.40 | $2,040.00 |
| | | 4/18/2023 | Analyze, Review and Advise | Drafted fact section for motion for Summary Judgment. | 3.60 | $2,160.00 |
| | | 4/18/2023 | Analyze, Review and Advise | Call with cocounsel. | 0.40 | $240.00 |
| | | 4/18/2023 | Analyze, Review and Advise | Email to defense counsel re: settlement. | 0.10 | $60.00 |

## Billing Detail By Person

Date Range: 1/1/2010 - 1/1/2024

THE BARRY LAW OFFICE, LTD
CONSUMER RIGHTS LAW

| Person | Client | Date | Task | Comment | Hours | Amount |
|---|---|---|---|---|---|---|
| | | 4/19/2023 | Analyze, Review and Advise | Working on Summary Judgement memorandum. | 0.50 | $300.00 |
| | | 4/19/2023 | Analyze, Review and Advise | Call with co counsel. | 0.20 | $120.00 |
| | | 4/20/2023 | Analyze, Review and Advise | Continued edits to SJ Brief. | 3.30 | $1,980.00 |
| | | 4/20/2023 | Analyze, Review and Advise | Research IOP standard. | 0.20 | $120.00 |
| | | 4/20/2023 | Analyze, Review and Advise | Call with co-counsel. | 0.30 | $180.00 |
| | | 4/20/2023 | Analyze, Review and Advise | Edits to SJ Brief. | 0.30 | $180.00 |
| | | 4/21/2023 | Analyze, Review and Advise | Continued edits to SJ Motion. Created all declarations. Review deposition transcript. Calls with co-counsel. | 6.40 | $3,840.00 |
| | | 4/21/2023 | Analyze, Review and Advise | Call with Court. | 0.10 | $60.00 |
| | | 4/22/2023 | Analyze, Review and Advise | Final edits to SJ Brief. | 0.80 | $480.00 |
| | | 4/24/2023 | Analyze, Review and Advise | Call to client. | 0.10 | $60.00 |
| | | 4/24/2023 | Analyze, Review and Advise | Call to counsel. | 0.40 | $240.00 |
| | | 4/25/2023 | Analyze, Review and Advise | Finalized edits to documents and filed Motion for Summary Judgment. Reviewed local rules and ECF guidelines. Filed. Reviewed all ECF pings. | 5.30 | $3,180.00 |
| | | 4/25/2023 | Analyze, Review and Advise | Edits to declaration | 0.20 | $120.00 |
| | | 4/25/2023 | Analyze, Review and Advise | Call with witness. | 0.10 | $60.00 |
| | | 4/25/2023 | Analyze, Review and Advise | Email threads to client | 0.20 | $120.00 |
| | | 4/26/2023 | Analyze, Review and Advise | Download deposition from service for review. | 0.20 | $120.00 |
| | | 4/26/2023 | Analyze, Review and Advise | Email threads to client. | 0.10 | $60.00 |
| | | 4/26/2023 | Analyze, Review and Advise | Reviewed judges practice pointers. | 0.10 | $60.00 |
| | | 4/27/2023 | Analyze, Review and Advise | Call with co-counsel. | 0.50 | $300.00 |
| | | 4/27/2023 | Analyze, Review and Advise | Printed and assembled courtesy copies for court of motion for summary judgment. WROTE OFF .7 HOURS AS NO CHARGE. | 0.30 | $180.00 |
| | | 4/27/2023 | Analyze, Review and Advise | Arranged courier pickup for delivery to court. | 0.10 | $60.00 |
| | | 4/27/2023 | Analyze, Review and Advise | Reviewed ECF pings from court re: pretrial on 05/01/2023. | 0.10 | $60.00 |
| | | 4/28/2023 | Analyze, Review and Advise | Call with Swigart. | 0.20 | $120.00 |
| | | 4/28/2023 | Analyze, Review and Advise | Call with co-counsel. | 0.20 | $120.00 |
| | | 5/1/2023 | Analyze, Review and Advise | Call to Cocounsel. | 0.10 | $60.00 |
| | | 5/1/2023 | Analyze, Review and Advise | Call with cocounsel. | 0.10 | $60.00 |
| | | 5/1/2023 | Analyze, Review and Advise | Call with counsel. | 0.40 | $240.00 |
| | | 5/1/2023 | Analyze, Review and Advise | Pretrial with Judge Docherty. Prep and notes to file. | 0.30 | $180.00 |
| | | 5/2/2023 | Analyze, Review and Advise | Offer of judgment ot Brian Kelly. | 0.20 | $120.00 |
| | | 5/2/2023 | Analyze, Review and Advise | Reviewed discovery responses. | 0.20 | $120.00 |
| | | 5/2/2023 | Analyze, Review and Advise | Call with co-counsel. | 0.50 | $300.00 |
| | | 5/2/2023 | Analyze, Review and Advise | Call with Dan Brees re: 56(d) motion. | 0.40 | $240.00 |
| | | 5/5/2023 | Analyze, Review and Advise | Call with client. | 0.40 | $240.00 |
| | | 5/5/2023 | Analyze, Review and Advise | Call with cocounsel | 0.60 | $360.00 |
| | | 5/5/2023 | Analyze, Review and Advise | Reviewed Def's supplemental disclosures. Reviewed Def's Discovery Repsonses. | 0.90 | $540.00 |
| | | 5/8/2023 | Analyze, Review and Advise | Legal Research into prior court decisions on fees. | 2.60 | $1,560.00 |

## Billing Detail By Person

Date Range: 1/1/2010 - 1/1/2024

THE BARRY LAW OFFICE, LTD
CONSUMER RIGHTS LAW

| Person | Client | Date | Task | Comment | Hours | Amount |
|---|---|---|---|---|---|---|
| | | 5/8/2023 | Analyze, Review and Advise | Email threads with court reporting service. | 0.10 | $60.00 |
| | | 5/8/2023 | Analyze, Review and Advise | Call with cocounsel. | 0.20 | $120.00 |
| | | 5/9/2023 | Analyze, Review and Advise | Drafted Rule 56(d) Response.Researched FRCP 56(d) | 1.90 | $1,140.00 |
| | | 5/9/2023 | Analyze, Review and Advise | Reviewed language of Rule 68 offer of judgment. | 0.10 | $60.00 |
| | | 5/9/2023 | Analyze, Review and Advise | Call with co-counsel. | 0.80 | $480.00 |
| | | 5/9/2023 | Analyze, Review and Advise | Call with law clerk. | 0.30 | $180.00 |
| | | 5/9/2023 | Analyze, Review and Advise | Researched earlier fee decsions. | 0.90 | $540.00 |
| | | 5/9/2023 | Analyze, Review and Advise | Reviewed motion to continue hearing date. | 0.40 | $240.00 |
| | | 5/9/2023 | Analyze, Review and Advise | Email threads with co-counsel. | 0.10 | $60.00 |
| | | 5/10/2023 | Analyze, Review and Advise | Final finishing edits to response to Rule 56(d) motion and declaration. Court issued its order before I was able to file on ECF my opposition. | 2.80 | $1,680.00 |
| | | 5/12/2023 | Analyze, Review and Advise | Call with client. | 0.30 | $180.00 |
| | | 5/12/2023 | Analyze, Review and Advise | Drafted Notice of Acceptance of Offer of Judgment. | 1.00 | $600.00 |
| | | 5/15/2023 | Analyze, Review and Advise | Reviewed ECF pings of filed Acceptance of offer of judgment | 0.10 | $60.00 |
| | | 5/15/2023 | Analyze, Review and Advise | Drafted and filed Notice of Acceptance of Rule 68 Offer of Judgment. | 0.80 | $480.00 |
| | | 5/17/2023 | Analyze, Review and Advise | Reviewed time entries. | 0.40 | $240.00 |
| | | 5/17/2023 | Analyze, Review and Advise | Started draft of motion for fees. | 0.10 | $60.00 |
| | | 5/19/2023 | Analyze, Review and Advise | Reviewed declarations. | 0.10 | $60.00 |
| | | 5/22/2023 | Analyze, Review and Advise | Work on fee petition. | 0.10 | $60.00 |
| | | 5/22/2023 | Analyze, Review and Advise | Call with co-counsel re: fee shifting brief. | 0.40 | $240.00 |
| | | 5/24/2023 | Analyze, Review and Advise | Call with co-counsel to coordinate motion for fees and briefing. | 0.60 | $360.00 |
| | | 5/24/2023 | Analyze, Review and Advise | Reviewed costs for motion. | 0.30 | $180.00 |
| | | 5/24/2023 | Analyze, Review and Advise | Drafting fee petition. | 3.40 | $2,040.00 |
| | | 5/24/2023 | Analyze, Review and Advise | Research into bill of costs issue, Calls with clerk of court. | 0.80 | $480.00 |
| | | 5/25/2023 | Analyze, Review and Advise | Email threads with co-counsel | 0.10 | $60.00 |
| | | 5/25/2023 | Analyze, Review and Advise | Meet and conferred with attorney, Daniel Brees regarding fee motion | 0.20 | $120.00 |
| | | 5/25/2023 | Analyze, Review and Advise | Reviewed declaration received from Vavreck. Call with cocounsel. | 0.40 | $240.00 |
| | | 5/26/2023 | Analyze, Review and Advise | Assembling final fee motion papers for filing. Edits to memorandum. Filed on ECF.. | 4.10 | $2,460.00 |
| | General - 56234  56234 Kelly, Brian v. United Payment Center Total: | | | | 163.50 | $98,100.00 |
| | | | | **Peter Barry Total:** | **163.50** | **$98,100.00** |
| | | | | **Grand Total** | **163.50** | **$98,100.00** |