# Exhibit 3

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: ███████



| Bill To: | Peter Barry<br>The Barry Law Office, LTD (MN)<br>333 Washington Avenue<br>Suite 300-9038<br>Minneapolis, MN, 55401 | **Invoice #:** | 6492996 |
|---|---|---|---|
| | | **Invoice Date:** | 4/11/2023 |
| | | **Balance Due:** | $3,356.00 |

**Case: Kelly, Brian v. United Payment Center Inc. (0:22cv1799ECTJFD)**    **Proceeding Type: Depositions**

Job #: 5815674   |   Job Date: 3/30/2023   |   Delivery: Normal

Location:          Los Angeles, CA
Billing Atty:       Peter Barry
Scheduling Atty:   Joshua B. Swigart Esq | Swigart Law Group APC

| Witness: Michael Martinez | Amount |
|---|---:|
| Transcript Services | $1,897.50 |
| Professional Attendance | $465.00 |
| Exhibits | $123.50 |
| Virtual Services | $720.00 |
| Logistics, Processing & Electronics Files | $150.00 |

| Notes: | | |
|---|---|---:|
| | **Invoice Total:** | $3,356.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,356.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per mon h.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ███████

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** ███████   **ABA:** ███████
**Swift:** ███████

Pay by Credit Card: www.veritext.com

**Invoice #:** 6492996
**Invoice Date:** 4/11/2023
**Balance Due:** $3,356.00

B420230506

158652

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: ▓▓▓▓▓▓



| Bill To: | Joshua B. Swigart Esq<br>Swigart Law Group APC<br>2221 Camino del Rio S<br>Suite 308<br>San Diego, CA, 92108 | | Invoice #: | 6517679 |
|---|---|---|---|---|
| | | | Invoice Date: | 4/20/2023 |
| | | | Balance Due: | $2,058.00 |

**Case:** Kelly, Brian v. United Payment Center Inc. (0:22cv1799ECTJFD)   **Proceeding Type:** Depositions

Job #: 5815674   |   Job Date: 3/30/2023   |   Delivery: Normal
Location:          Los Angeles, CA
Billing Atty:      Joshua B. Swigart Esq
Scheduling Atty:   Joshua B. Swigart Esq | Swigart Law Group APC

| Witness: Michael Martinez | Quantity | Price | Amount |
|---|---:|---:|---:|
| Video - Initial Services | 1.00 | $525.00 | $525.00 |
| Video - Additional Hours | 5.00 | $210.00 | $1,050.00 |
| Video - Extended Hours | 1.00 | $315.00 | $315.00 |
| Video - Media and Cloud Services | 6.00 | $15.00 | $90.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $2,058.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,058.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: ▓▓▓▓▓▓

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
Bank Addr: 311 W. Monroe Chicago, IL 60606
Account No: ▓▓▓▓▓   ABA: ▓▓▓▓▓
Swift: ▓▓▓▓▓

Pay by Credit Card: www.veritext.com

**Invoice #:** 6517679
**Invoice Date:** 4/20/2023
**Balance Due:** $2,058.00

# Professional Secretarial Services | Undercover Process Server

5456 Riverside Dr.
Chino, CA 91710

Phone: (909)-364-8007
Fax: (909)-364-1995
E-mail: irenechavarria@yahoo.com

Invoice

Invoice Date: 08/17/22

**BILLS TO:**

Peter F. Barry, ESQ
The Barry Law Office, Ltd
333 Washington Ave, Ste 300-9038
Minneapolis, MN 55401-1353

## RE: Kelly vs. United Payment Center, inc
## Case No. 0:22-cv-1799-ECT-JFD

| Date | Service | Amount |
|---|---|---|
| 07/20/22—07/26/22 | Attempted service in Baldwin Park RE: Michael Martinez | $125.00 |
| 08/16/22 | Service on authorized person Fernando Franco at 3:48PM in Upland | $85.00 |
| 08/18/22 | Copies: 44 pages x 2 sets (1 for Baldwin Park, 1 for Upland) = 88 @ 25 cents | $22.00 |

| | | |
|---|---|---|
| Total | | $232.00 |
| Paid | $232 | ~~$0.00~~ |
| Due | ∅ | ~~$232.00~~ |

Paid by CC
clm.

PROFESSIONAL SECRETARIAL
5456 RIVERSIDE DR
CHINO, CA. 91710
909-364-8007

SALE

REF#: 00000002
Batch #: 074
08/18/22
AVS: Y
APPR CODE:
Trace: 2
VISA
************9895

18:42:37
CVV2: M

Manual CNP
**/**

$232.00

AMOUNT

APPROVED

THANK YOU

CUSTOMER COPY

PON RECEIPT

# INVOICE



**STO Investigations, Inc**
Tax ID:
service@stoinvestigations.com

**Invoice No#**: 2023001578
**Invoice Date**: Apr 6, 2023
**Due Date**: Apr 6, 2023



**PAID**

$0.00
**AMOUNT DUE**

**BILL TO**
The Barry Law Office, Ltd
Barry Peter F.
pbarry@lawpoint.com
Phone: +1 612-379-

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | Process Service - Cook County AllState Insurance c/o CT Corporation Systems, 208 S. LaSalle, Suite 814, Chicago, IL 60604 | 1 | $105.00 | $105.00 |
| | | Subtotal | | $105.00 |
| | | **TOTAL** | | **$105.00 USD** |
| | | Amount paid | | $105.00 |
| | | **AMOUNT DUE** | | **$0.00 USD** |

**NOTES TO CUSTOMER**
Court: United States District Court
Case Number: 0:22-CV-01799-ECT-JFD
State: Minnesota County:
Date Filed:
Client Contact:

Plaintiff:
Brian Kelly

vs.

Defendant:
United Payment Center, Inc.

# INVOICE

**Everheart Media LLC**
chriseverheart@gmail.com





**Invoice No#**: 0048
**Invoice Date**: Apr 27, 2023
**Due Date**: Apr 27, 2023

$0.00
**AMOUNT DUE**

**BILL TO**
Barry Law Office, Ltd.
Peter Barry
333 Washington Ave N, Ste. 300-9038,
Minneapolis, MN 55401
pbarry@lawpoint.com

**SHIP TO**
Barry Law Office, Ltd.
Peter Barry
333 Washington Ave N, Ste. 300-9038,
Minneapolis, MN 55401

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | Courier - Same Day | 1 | $75.00 | $75.00 |
|   | Subtotal |   |   | $75.00 |
|   | **TOTAL** |   |   | **$75.00 USD** |
|   | Amount paid |   |   | $75.00 |
|   | **AMOUNT DUE** |   |   | **$0.00 USD** |

**NOTES TO CUSTOMER**

Kelly v UPC inc



Peter Barry <pbarry@lawpoint.com>

## Pay.gov Payment Confirmation: MINNESOTA DISTRICT COURT
1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Fri, Jul 15, 2022 at 5:21 PM
Reply-To: ecfhelpdesk@mnd.uscourts.gov
To: pbarry@lawpoint.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: MND Help Desk at 612-664-5155.

Account Number: ███████
Court: MINNESOTA DISTRICT COURT
Amount: $402.00
Tracking Id: ███████████████
Approval Code: ███████
Card Number: ************9895
Date/Time: 07/15/2022 06:21:29 ET

NOTE: This is an automated message. Please do not reply



Peter Barry &lt;pbarry@lawpoint.com&gt;

## Pay.gov Payment Confirmation: MINNESOTA DISTRICT COURT
1 message

**do_not_reply@psc.uscourts.gov** &lt;do_not_reply@psc.uscourts.gov&gt;　　　Tue, Jan 10, 2023 at 6:41 PM
Reply-To: ecfhelpdesk@mnd.uscourts.gov
To: pbarry@lawpoint.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: MND Help Desk at 612-664-5155.

```
Account Number: 
Court: MINNESOTA DISTRICT COURT
Amount: $100.00
Tracking Id: 
Approval Code: 
Card Number: ************9895
Date/Time: 01/10/2023 07:41:06 ET
```

NOTE: This is an automated message. Please do not reply



Peter Barry <pbarry@lawpoint.com>

## You paid to Everheart Media LLC for invoice 0042
1 message

**service@paypal.com** <service@paypal.com>   Mon, Jan 9, 2023 at 1:34 PM
To: Peter Barry <pbarry@lawpoint.com>

Hello, The Barry Law Office, Ltd



# You just sent a $100.00 USD payment

Thanks for using PayPal. It may take a few minutes for this transaction to appear in your account.

[ View your invoice ]

**Transaction ID**                                                **Transaction date**
▮▮▮▮▮▮▮▮▮▮                                                       January 9, 2023

Invoice number                                                         0042

**Payment from**
The Barry Law Office, Ltd
pbarry@lawpoint.com

**Payment to**
Everheart Media LLC
chriseverheart@gmail.com

**Shipping address**

The Barry Law Office, Ltd

United States

| | |
|---|---|
| 1.0 X Car Service<br>$100.00 USD | $100.00 USD |

| | |
|---|---|
| Subtotal | $100.00 USD |
| Discount | $0.00 USD |
| Shipping | $0.00 USD |
| Tip amount | $0.00 USD |
| Invoice Total | $100.00 USD |
| Amount paid | -$100.00 USD |
| Amount due | $0.00 USD |

## Payment summary

| | |
|---|---|
| **Total amount of this transaction** | **$100.00 USD** |

## Payment method

| | |
|---|---|
| Business Checking Account x- | $100.00 USD |



Help & Contact | Security | Apps

   

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click Help & Contact.

PayPal Customer Service can be reached at 888-221-1161.

Not sure why you received this email? Learn more

CASE 0:22-cv-01799-ECT-DLM Doc. 58-3 Filed 05/26/23 Page 11 of 19
Eric Barry Law Office DC Maio, you paid to Beachhead Media LLC for invoice 0022

Copyright © 1999-2023 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal RT000426:en_US(en-US):1.0.0:019128792b02b



Peter Barry <pbarry@lawpoint.com>

## Peter, here is your weekly billing report
1 message

**Upwork Notification** <donotreply@upwork.com>  Mon, Jan 9, 2023 at 8:41 AM
To: Peter Barry <pbarry@lawpoint.com>

### upwork

### Billing summary for The Barry Law Office, Ltd
Monday, Jan 2 - Sunday, Jan 8

This is a summary of your charges for the past week. **How does this work?**

| | |
|---|---|
| Timesheets | $10.83 |
| Total charges to your account | $10.83 |

**View Weekly Summary**

Note: You have until Friday, Jan 13 4:00 pm PST to dispute any hourly charges. **Learn how to dispute**

Timesheets — **View timesheet details**

| Contracts | Weekly Limit | Charged |
|---|---|---|
| Tiktok Video Scrape — Ali Nawaz | 2:10 of 40:00 hrs | $10.83 |

| Total | $10.83 |
|---|---|

### Get more from your account with coworkers

Invite coworkers to join your team on Upwork to help each other hire, share favorite freelancers, and consolidate billing and payments.



Invite coworkers now

### Tips to tackle a longer-term project

Start by hiring a freelancer to do a small one-time project, and once you know their strengths, consider them for longer-term work. Learn more

Unsubscribe   |   Privacy Policy   |   Contact Support

655 Montgomery Street, Suite 490, Dpt 17022, San Francisco, CA 94111

© 2023 Upwork Inc.



**Peter Barry &lt;pbarry@lawpoint.com&gt;**

# Peter, here is your weekly billing report
1 message

**Upwork Notification** &lt;donotreply@upwork.com&gt;  Mon, Dec 19, 2022 at 8:56 AM
To: Peter Barry &lt;pbarry@lawpoint.com&gt;

### upwork

### Billing summary for The Barry Law Office, Ltd
Monday, Dec 12 - Sunday, Dec 18

This is a summary of your charges for the past week. **How does this work?**

| | |
|---|---|
| Timesheets | $85.00 |
| Total charges to your account | $85.00 |

**View Weekly Summary**

Note: You have until Friday, Dec 23 4:00 pm PST to dispute any hourly charges. **Learn how to dispute**

| Timesheets | | | **View timesheet details** |
|---|---|---|---|
| **Contracts** | | **Weekly Limit** | **Charged** |
| Tiktok Video Scrape<br>Ali Nawaz | | 17:00 of 40:00 hrs | $85.00 |
| Total | | | $85.00 |

Get more from your account with coworkers

Invite coworkers to join your team on Upwork to help each other hire, share favorite freelancers, and consolidate billing and payments.



Invite coworkers now

Tips to tackle a longer-term project

Start by hiring a freelancer to do a small one-time project, and once you know their strengths, consider them for longer-term work. Learn more

Unsubscribe   |   Privacy Policy   |   Contact Support

655 Montgomery Street, Suite 490, Dpt 17022, San Francisco, CA 94111

© 2022 Upwork Inc.

1/2/23, 11:34 AM  The Barry Law Offices, Ltd Mail - Payment Received - Thank You!

CASE 0:22-cv-01799-ECT-DLM   Doc. 58-3   Filed 05/26/23   Page 16 of 19



**Peter Barry <pbarry@lawpoint.com>**

# Payment Received - Thank You!
1 message

**Upwork Notification** <donotreply@upwork.com>     Mon, Jan 2, 2023 at 11:12 AM
Reply-To: Upwork Notification <donotreply@upwork.com>
To: Peter Barry <pbarry@lawpoint.com>

upwork

Hi Peter,

A payment of $203.00 was applied to Peter Barry's financial account.

If your total bill is over 135,000.00 USD, your payments will show up as separate transactions.

## Payment information

| | |
|---|---|
| Date | 2 Jan 2023 UTC |
| Previous Balance | due $203.00 |
| Amount charged | $203.00 |
| New Balance | $0.00 |
| Payment Method | credit card |
| Reference ID | 544269349 |

Primary billing method charged.

If you have questions on your payment, please contact Upwork Support.

Thanks,
The Upwork Team

Unsubscribe  |  Privacy Policy  |  Contact Support

655 Montgomery Street, Suite 490, Dpt 17022, San Francisco, CA 94111

© 2023 Upwork Inc.



**Peter Barry <pbarry@lawpoint.com>**

## Peter, here is your weekly billing report
1 message

**Upwork Notification** <donotreply@upwork.com>  Mon, Dec 26, 2022 at 1:04 PM
To: Peter Barry <pbarry@lawpoint.com>

### upwork

Billing summary for The Barry Law Office, Ltd

Monday, Dec 19 - Sunday, Dec 25

This is a summary of your charges for the past week. **How does this work?**

| | |
|---|---|
| Timesheets | $280.83 |
| Fixed-price & other payments | $100.00 |
| Total charges to your account | $380.83 |

**View Weekly Summary**

Note: You have until Friday, Dec 30 4:00 pm PST to dispute any hourly charges. **Learn how to dispute**

Timesheets                                                  **View timesheet details**

| Contracts | Weekly Limit | Charged |
|---|---|---|
| Tiktok Video Scrape<br>Ali Nawaz | 56:10 of 60:00 hrs | $280.83 |

| | |
|---|---:|
| Total | $280.83 |

Fixed-price & other payments

| Contracts | Charged |
|---|---:|
| Ali Nawaz<br>Tiktok Video Scrape | $100.00<br>Bonus |

| | |
|---|---:|
| Total | $100.00 |

### Get more from your account with coworkers

Invite coworkers to join your team on Upwork to help each other hire, share favorite freelancers, and consolidate billing and payments.



Invite coworkers now

### Grow your business with top freelancers

Working with freelancers can jumpstart business growth. Discover how with the Innovative Hiring for Growing Businesses ebook.

Download eBook

Unsubscribe   |   Privacy Policy   |   Contact Support

655 Montgomery Street, Suite 490, Dpt 17022, San Francisco, CA 94111

© 2022 Upwork Inc.