# Exhibit 4

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Kelly,<br><br>    Plaintiff,<br><br>v.<br><br>United Payment Center, Inc.,<br><br>    Defendant. | Case No.: 0:22-cv-1799-ECT-DLM<br><br><br>**DECLARATION OF<br>VILDAN A. TESKE, ESQ.<br>IN SUPPORT OF PLAINTIFF'S<br>MOTION FOR ATTORNEY'S FEES<br>AND COSTS** |

1.    I, Vildan A. Teske, Esq., make this declaration in support of the attorney's fee application of attorney Peter F. Barry in the above-captioned matter.

### My Professional Background

2.    I was admitted to the practice of law in 1993, after graduating from the University of Minnesota Law School, *cum laude.*

3.    I am the principal of Teske Law, PLLC, in Minneapolis. My full time practice is focused on complex and class action litigation.  I represent consumers, service members, and employees.

4.    I have extensive experience in numerous areas of consumer law, including violations of the Servicemember's Civil Relief Act (SCRA), deceptive trade practices, consumer fraud, usury, breach of contract, federal and state consumer lending statutes, warranty issues, breach of fiduciary duties, credit insurance issues, illegal debt collection practices, foreclosure issues and several other areas of federal consumer practice. I have handled numerous consumer class action cases in Minnesota and nationwide. These cases have resulted in substantial recoveries

for hundreds of thousands of individuals over my nearly 30 years in practice.

5.    I am currently admitted to practice in good standing in the following jurisdictions:

- Minnesota state courts

- Georgia state courts

- U.S. District Court, District of Minnesota

- U.S. District Court, Northern District of Illinois

- U.S. Court of Appeals, Seventh Circuit

- U.S. Court of Appeals, Eighth Circuit

- U.S. Court of Appeals, Eleventh Circuit

- U.S. Court of Appeals, Ninth Circuit

- U.S. Supreme Court

**Familiarity with Peter F. Barry's Legal Skills**

6.    I met Mr. Peter F. Barry, Esq., around 2010. He is well known as an experienced and knowledgeable member of the Minnesota consumer law community. Since then, I have had the opportunity to discuss with Mr. Barry various state and federal practice issues, case law developments and consumer rights case strategy.

7.    I am familiar with Mr. Barry's professionalism, ethics, and judgment.

8.    I am familiar with Mr. Barry's skills and abilities as a federal practitioner and with the significant success he has achieved for consumer clients.

9.    I am also familiar with his volunteer work with the Federal Pro Se Project and his extensive pro bono commitments made to many clients over his nearly 27 years in practice.

10.   I am familiar with Mr. Barry's volunteer work as a 4th District Ethics Committee Investigator in Hennepin County between 2006-2019.

11.   I am familiar with the Consumer Rights curriculum Mr. Barry has developed and taught starting in 2003 at William Mitchell College of Law as an Adjunct Professor of Law.

12.   I am familiar with Mr. Barry's national reputation and his numerous speaking engagements throughout the United States on federal consumer rights.

13.   Without question, Mr. Barry is a highly respected and accomplished attorney in a highly specialized and complex area of consumer law, namely the FDCPA.

**$600.00 Per Hour Attorney Fee Rate Is Appropriate for Peter F. Barry**

14.   I am well acquainted with the prevailing hourly rates being charged by other federal practitioners in the Twin Cities area with comparable levels of skill and professional experience as Mr. Barry, as well as those practicing in consumer law.

15.   Based upon my observations and knowledge of the current rates for federal litigators in the Minneapolis–St. Paul area, Mr. Barry, as a highly experienced and skilled lawyer, can certainly ask for and expect to receive at minimum $600.00 per hour for his professional time and efforts on behalf of Plaintiffs in individual consumer cases.

16.    Based upon my knowledge and many years of experience in federal court, I believe that Mr. Barry's hourly rate of $600.00 is both reasonable and justified in the present case, especially given that he was approved by this Court at $550.00 per hour for FDCPA work he performed in 2020.

17.    I believe that Mr. Barry should be fairly compensated at the rate of $600.00 per hour, given his wealth of specialized consumer law experience, his years in practice, his knowledge of case law, his practical application of that law, and his reputation for being an excellent and effective consumer lawyer within the consumer rights world.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2023

Respectfully submitted,

Vildan A. Teske, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Brian Kelly, | Case No.: 0:22-cv-1799-ECT-DLM |
| Plaintiff, | **DECLARATION OF** |
| v. | **CARL CHRISTENSEN, ESQ.** |
| | **IN SUPPORT OF PLAINTIFF'S** |
| United Payment Center, Inc., | **MOTION FOR ATTORNEY'S** |
| | **FEES AND COSTS** |
| Defendant. | |

I, Carl E. Christensen, Esq., declare as follows:

1.  That I make this declaration in support of the attorney's fee application of attorney Peter F. Barry in the above matter.

## My Professional Background

2.  I have been admitted to the practice of law since 2005.

3.  I practice law as a plaintiff's attorney for consumers, and I am the principal of Christensen Law Office PLLC in Minneapolis.

4.  I am an experienced litigator and have extensive experience in numerous areas of consumer law, trademark, unfair trade practices, and unfair competition law, including Litigation, Consumer Law, Intellectual Property, Trademark, Copyright, Trade Secret, Technology Law, Real Estate and many other areas of federal consumer practice. I have handled several hundred consumer claims in Minnesota on behalf of individual over my 17 years in practice.

5.  I am an attorney licensed in the State of Minnesota and am currently admitted to practice in good standing the following jurisdictions:

- State of Minnesota

- State of New York

- U.S. District Court, District of Colorado

- U.S. District Court, District of Minnesota

- U.S. Court of Appeals, 8th Circuit

- U.S. Court of Appeals, 10th Circuit

**Familiarity with Peter F. Barry's Legal Skills**

6.    I have known Mr. Peter F. Barry, Esq. since 2008.

7.    Since that time, I have been a friend and professional colleague to Mr. Barry and have consulted with him dozens of times over these past many years with regard to state and federal practice issues, as well as trial techniques.

8.    I am very familiar with Mr. Barry's professionalism, ethics, and judgment.

9.    I am very familiar with Mr. Barry's skills and abilities as a federal practitioner and with the significant success he has achieved for consumer clients.

10.    I am also familiar with his volunteer work with the Federal Pro Se Project and his extensive pro bono commitments made to many clients over his nearly 25 years in practice.

11.    I am familiar with Mr. Barry's volunteer work as a 4th District Ethics Committee Investigator in Hennepin County between 2006-2019.

12.    I am familiar with the Consumer Rights curriculum Mr. Barry has developed and taught starting in 2003 at William Mitchell College of Law, as an Adjunct Professor of law.

13.    I am familiar with Mr. Barry's national reputation and his numerous speaking engagements throughout the United States on the topic of federal consumer rights.

14.    Without question, Mr. Barry is a highly respected and accomplished attorney in a highly specialized and complex area of consumer law, namely the FDCPA.

### $600.00 Per Hour Attorney Fee Rate Is Appropriate
### for Peter F. Barry

15.    I am well acquainted with the prevailing hourly rates being charged to by other federal practitioners in the Twin Cities area with comparable levels of skill and professional experience as Mr. Barry, especially those in consumer law.

16.    Based upon my observations, knowledge and experience of the current rates for federal litigators in the Minneapolis–St. Paul area, Mr. Barry is an experienced and capable lawyer who can certainly ask for and expect to receive at minimum $600.00 per hour for his professional time and efforts on behalf of Plaintiffs in individual consumer cases.

17.    Based upon my knowledge and many years of experience in Federal court, I believe that Mr. Barry's hourly rate of $600.00 is both reasonable and justified in the present case, especially given that he was approved by this Court at $550.00 per hour for FDCPA work he performed in 2020.

18.    I genuinely believe that Mr. Barry should be fairly compensated at the rate of $600.00 per hour given his wealth of experience, his years in practice, his

knowledge of case law, his practical application of that law, and his excellent reputation within the consumer rights world.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 24, 2023___

Respectfully submitted,

_____

Carl E. Christensen, Esq.

# CORRECTED Declaration of Carl E Christensen[cec edits]

**Final Audit Report**                                    2023-05-24

| | |
|---|---|
| Created: | 2023-05-24 |
| By: | Peter Barry (pbarry@lawpoint.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABw95Pja6AvMLkUFBhowj3WhF62MiZrUW |

## "CORRECTED Declaration of Carl E Christensen[cec edits]" History

- Document created by Peter Barry (pbarry@lawpoint.com)
  2023-05-24 - 7:24:35 PM GMT- IP address: 66.41.171.65

- Document emailed to Carl Christensen (carl@clawoffice.com) for signature
  2023-05-24 - 7:24:53 PM GMT

- Email viewed by Carl Christensen (carl@clawoffice.com)
  2023-05-24 - 7:50:19 PM GMT- IP address: 50.77.54.61

- Document e-signed by Carl Christensen (carl@clawoffice.com)
  Signature Date: 2023-05-24 - 7:50:34 PM GMT - Time Source: server- IP address: 50.77.54.61

- Agreement completed.
  2023-05-24 - 7:50:34 PM GMT

**Adobe Acrobat Sign**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Kelly, | Case No.: 0:22-cv-1799-ECT-DLM |
| Plaintiff, | |
| v. | **DECLARATION OF MARK L. HEANEY, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |
| United Payment Center, Inc., | |
| Defendant. | |

I, Mark L. Heaney, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is Mark L. Heaney. I am a practicing attorney and owner of Heaney Law Firm, LLC. I submit this declaration in support of Plaintiff's Motion for Attorney's Fees and Costs. Except as otherwise noted, I have personal knowledge of the facts set forth in this Declaration and could testify competently if called up to do so.

### My Legal Background

2. My law practice is dedicated to representing plaintiffs in cases involving violations of both state and federal consumer protection laws. I have been practicing exclusively in the area of consumer law for nearly twenty years. I have successfully represented consumers in individual and class action cases involving the Telephone Consumer Protection Act, Fair Debt Collection Practices Act, Fair Credit Reporting Act, Minnesota Consumer Fraud Act, Minnesota Small Loan and Short-Term Loan statutes, among other federal and state consumer protection laws, before this Court, state courts and arbitrational tribunals.

3.      I became licensed to practice law in the State of Arizona in 2003 and the State of Minnesota in 2003. I am a member of the bar of the United States Court of Appeals for the Eighth Circuit, as well as the United States District Courts of Minnesota, Arizona and the Western District of Wisconsin.

4.      I graduated from the University of St. Thomas in 2000 (B.A. Psychology), and Pepperdine University School of Law in 2003 (J.D.). I am a member of the Minnesota State Bar Association, State Bar of Arizona and National Association of Consumer Advocates. I regularly attend annual conferences conducted by the National Consumer Law Center and the National Association of Consumer Advocates in order to keep up-to-date on consumer protection litigation and case law.

**Familiarity with Peter F. Barry's Legal Skills**

5.      I have known Mr. Peter F. Barry, Esq. since approximately 2008.

6.      Since that time, I have been a friend and professional colleague to Mr. Barry and have consulted with him hundreds of times over these past many years with regard to state and federal practice issues, as well as trial techniques.

7.      I am very familiar with Mr. Barry's professionalism, ethics, and judgment.

8.      I am very familiar with Mr. Barry's skills and abilities as a federal practitioner and with the significant success he has achieved for consumer clients.

9.      I am also familiar with his volunteer work with the Federal Pro Se Project and his extensive pro bono commitments made to many clients over his nearly 27 years in practice.

10.  I am familiar with Mr. Barry's volunteer work as a 4th District Ethics Committee Investigator in Hennepin County between 2006-2019.

11.  I am familiar with the Consumer Rights curriculum Mr. Barry has developed and taught starting in 2003 at William Mitchell College of Law, as an Adjunct Professor of law.

12.  I am familiar with Mr. Barry's national reputation and his numerous speaking engagements throughout the United States on the topic of federal consumer rights.

13.  Without question, Mr. Barry is a highly respected and accomplished attorney in a highly specialized and complex area of consumer law, namely the FDCPA.

**$600.00 Per Hour Attorney Fee Rate Is Appropriate for Peter F. Barry**

14.  I am well acquainted with the prevailing hourly rates being charged to by other federal practitioners in the Twin Cities area with comparable levels of skill and professional experience as Mr. Barry, especially those in consumer law.

15.  Based upon my observations, knowledge and experience of the current rates for federal litigators in the Minneapolis–St. Paul area, Mr. Barry is an experienced and capable lawyer who can certainly ask for and expect to receive at a minimum $600.00 per hour for his professional time and efforts on behalf of Plaintiffs in individual consumer cases.

16.  Based upon my knowledge and many years of experience in Federal court, I believe that Mr. Barry's hourly rate of $600.00 is both reasonable and justified in the present

case, especially given that he was approved by this Court at $550.00 per hour for FDCPA work he performed in 2020.

17.    I believe that Mr. Barry should be fairly compensated at the rate of $600.00 per hour given his wealth of experience, his years in practice, his knowledge of case law, his practical application of that law, and his excellent reputation within the consumer rights world.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 24, 2023__.

Respectfully submitted,

*Mark Heaney*
Mark Heaney (May 24, 2023 15:28 CDT)

Mark L. Heaney, Esq.

# CORRECTED Declaration of Mark L Heaney

**Final Audit Report**                                             2023-05-24

| | |
|---|---|
| Created: | 2023-05-24 |
| By: | Peter Barry (pbarry@lawpoint.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAbgvEk4lTdBnJZaxSDzw9nAltm7INsGZs |

## "CORRECTED Declaration of Mark L Heaney" History

📄 Document created by Peter Barry (pbarry@lawpoint.com)
2023-05-24 - 6:34:56 PM GMT- IP address: 66.41.171.65

✉ Document emailed to Mark Heaney (mark@heaneylaw.com) for signature
2023-05-24 - 6:35:22 PM GMT

📄 Email viewed by Mark Heaney (mark@heaneylaw.com)
2023-05-24 - 6:35:26 PM GMT- IP address: 66.249.92.2

🖊 Document e-signed by Mark Heaney (mark@heaneylaw.com)
Signature Date: 2023-05-24 - 8:28:30 PM GMT - Time Source: server- IP address: 75.72.48.30

✓ Agreement completed.
2023-05-24 - 8:28:30 PM GMT

Adobe Acrobat Sign

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Kelly,<br><br>       Plaintiff,<br><br>v.<br><br>United Payment Center, Inc.,<br><br>       Defendant. | Case No.: 0:22-cv-1799-ECT-DLM<br><br><br>**DECLARATION OF THOMAS J. LYONS, Jr. ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

I, Thomas J. Lyons, Jr., Esq., declare as follows:

1. That I make this declaration in support of the attorney's fee application of attorney Peter F. Barry in the above matter.

## My Professional Background

2. I was originally admitted to the practice of law in 1994.

3. I practice law full time as a private plaintiff's attorney, and I am the principal of the Consumer Justice Center, P.A. located here in St. Paul, Minnesota.

4. I am an experienced litigator and have extensive experience in numerous areas of consumer law, including the Fair Debt Collection Practices Act, Fair Credit Reporting Act, Electronic Fund Transfer Act, Truth in Lending Act and Telephone Communication Protection Act, Auto Finance Fraud and Wrongful Repossession, and other areas of federal consumer practice. I have handled thousands of consumer claims in Minnesota and nationwide on behalf of individual and class members over my years in practice.

5. I am an attorney licensed in the State of Minnesota and am currently admitted to

practice in good standing the following jurisdictions:

- State of Minnesota
- U.S. District Court - District of Minnesota

### **Familiarity with Peter F. Barry's Legal Skills**

6. I have known Mr. Peter F. Barry, Esq. since 1997.

7. Since that time, I have been a friend and professional colleague to Mr. Barry and have consulted with him hundreds of times over these past many years with regard to state and federal practice issues, as well as trial techniques.

8. I am very familiar with Mr. Barry's professionalism, ethics, and judgment.

9. I have tried cases with Mr. Barry and witnessed firsthand his courtroom skills.

10. I am very familiar with Mr. Barry's skills and abilities as a federal practitioner and with the significant success he has achieved for consumer clients.

11. I am also familiar with his volunteer work with the Federal Pro Se Project and his extensive pro bono commitments made to many clients over his nearly 27 years in practice.

12. I am familiar with Mr. Barry's volunteer work as a 4th District Ethics Committee Investigator in Hennepin County between 2006-2019.

13. I am familiar with the Consumer Rights curriculum Mr. Barry has developed and taught starting in 2003 at William Mitchell College of Law, as an Adjunct Professor of law.

14.   I am familiar with Mr. Barry's national reputation and his numerous speaking engagements throughout the United States on the topic of federal consumer rights.

15.   Without question, Mr. Barry is a highly respected and accomplished attorney in a highly specialized and complex area of consumer law, namely the Fair Debt Collection Practices Act.

### $600.00 Per Hour Attorney Fee Rate Is Appropriate for Peter F. Barry

16.   I am well acquainted with the prevailing hourly rates being charged to by other federal practitioners in the Twin Cities area both for the plaintiffs and defendants with comparable levels of skill and professional experience as Mr. Barry, especially those in consumer law.

17.   Based upon my observations, knowledge and experience of the current rates for federal litigators in the Minneapolis–St. Paul area, Mr. Barry is an experienced and capable lawyer who can certainly ask for and expect to receive at minimum $600.00 per hour for his professional time and efforts on behalf of Plaintiffs in individual consumer cases.

18.   Based upon my knowledge and many years of experience in Federal court, I believe that Mr. Barry's hourly rate of $600.00 is both reasonable and justified in the present case, especially given that he was approved by this Court at $550.00 per hour for litigation efforts on a Fair Debt Collection Practices Act case he litigated in 2020.

19.   I genuinely believe that Mr. Barry should be fairly compensated at the rate of $600.00 per hour given his wealth of experience, his years in practice, his

knowledge of case law, his practical application of that law, and his excellent reputation within the consumer rights world.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5 | 24 | 2023___

Respectfully submitted,

Thomas J. Lyons, Jr. Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Brian Kelly,<br><br>       Plaintiff,<br><br>v.<br><br>United Payment Center, Inc.,<br><br>       Defendant. | Case No.: 0:22-cv-1799-ECT-DLM<br><br><br>**DECLARATION OF**<br>**TODD MURRAY, ESQ.**<br>**IN SUPPORT OF PLAINTIFF'S**<br>**MOTION FOR ATTORNEY'S FEES**<br>**AND COSTS** |

I, Todd Murray, Esq., declare as follows:

1.    That I make this declaration in support of the attorney's fee application of attorney Peter F. Barry in the above matter.

### My Professional Background

2.    That I have been admitted to the practice of law in 2005.

3.    That I practice law full time as a private plaintiff's attorney, and I am a partner at Friedman Murray, PLLC in Minneapolis.

4.    That I am an experienced litigator and have extensive experience in numerous areas of consumer law, including FDCPA, FCRA, Auto Finance Fraud, Student Loans, Debt Defense, Judgements, Garnishments and many other areas of federal consumer practice.  I have handled several hundred consumer claims in Minnesota on behalf of individuals over my 17 years in practice.

5.    I am an attorney licensed in the State of Minnesota and am currently admitted to practice in good standing the following jurisdictions:

- State of Minnesota

- U.S. District Court, District of Minnesota

**Familiarity with Peter F. Barry's Legal Skills**

6.    I have known Mr. Peter F. Barry, Esq. since around 2006.

7.    Since that time, I have been a friend and professional colleague to Mr. Barry and have consulted with him dozens of times over these past many years with regard to state and federal practice issues, as well as trial techniques.

8.    I am very familiar with Mr. Barry's professionalism, ethics, and judgment.

9.    I am very familiar with Mr. Barry's skills and abilities as a federal practitioner and with the significant success he has achieved for consumer clients.

10.    I am also familiar with his volunteer work with the Federal Pro Se Project and his extensive pro bono commitments made to many clients over his nearly 27 years in practice.

11.    I am familiar with Mr. Barry's volunteer work as a 4th District Ethics Committee Investigator in Hennepin County between 2006-2019.

12.    I am familiar with the Consumer Rights curriculum Mr. Barry has developed and taught starting in 2003 at William Mitchell College of Law, as an Adjunct Professor of law.

13.    I am familiar with Mr. Barry's national reputation and his numerous speaking engagements throughout the United States on the topic of federal consumer rights.

14.    Without question, Mr. Barry is a highly respected and accomplished attorney in a highly specialized and complex area of consumer law, namely the FDCPA.

**$600.00 Per Hour Attorney Fee Rate Is Appropriate for Peter F. Barry**

15.    I am well acquainted with the prevailing hourly rates being charged to by other federal practitioners in the Twin Cities area with comparable levels of skill and professional experience as Mr. Barry, especially those in consumer law.

16.    Based upon my observations, knowledge and experience of the current rates for federal litigators in the Minneapolis–St. Paul area, Mr. Barry is an experienced and capable lawyer who can certainly ask for and expect to receive at minimum $600.00 per hour for his professional time and efforts on behalf of Plaintiffs in individual consumer cases.

17.    Based upon my knowledge and many years of experience in Federal court, I believe that Mr. Barry's hourly rate of $600.00 is both reasonable and justified in the present case, especially given that he was approved by this Court at $550.00 per hour for FDCPA work he performed in 2020.

18.    I genuinely believe that Mr. Barry should be fairly compensated at the rate of $600.00 per hour given his wealth of experience, his years in practice, his knowledge of case law, his practical application of that law, and his excellent reputation within the consumer rights world.

- 3 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>May 24, 2023</u>

Respectfully submitted,

<u>Todd Murray (May 24, 2023 14:18 CDT)</u>

Todd Murray, Esq.

- 4 -

# Declaration of Todd Murray

**Final Audit Report**                                                            2023-05-24

| | |
|---|---|
| Created: | 2023-05-24 |
| By: | Peter Barry (pbarry@lawpoint.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZJkxQ6Sb2z9Q9aVqQ3QyOjAEuWXrTA5w |

## "Declaration of Todd Murray" History

📄 Document created by Peter Barry (pbarry@lawpoint.com)
2023-05-24 - 7:16:09 PM GMT- IP address: 66.41.171.65

✉ Document emailed to todd@friedmanmurray.com for signature
2023-05-24 - 7:16:26 PM GMT

📄 Email viewed by todd@friedmanmurray.com
2023-05-24 - 7:17:03 PM GMT- IP address: 74.125.212.55

🖊 Signer todd@friedmanmurray.com entered name at signing as Todd Murray
2023-05-24 - 7:18:03 PM GMT- IP address: 73.242.97.178

🖊 Document e-signed by Todd Murray (todd@friedmanmurray.com)
Signature Date: 2023-05-24 - 7:18:05 PM GMT - Time Source: server- IP address: 73.242.97.178

✓ Agreement completed.
2023-05-24 - 7:18:05 PM GMT

**Adobe Acrobat Sign**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Kelly, | Case No.: 0:22-cv-1799-ECT-DLM |
| Plaintiff, | |
| v. | **DECLARATION OF** |
| | **MARK L. VAVRECK, ESQ.** |
| United Payment Center, Inc., | **IN SUPPORT OF PLAINTIFF'S** |
| | **MOTION FOR ATTORNEY'S FEES** |
| Defendant. | **AND COSTS** |

I, Mark L. Vavreck, Esq., declare as follows:

1.  That I make this declaration in support of the attorney's fee application of attorney Peter F. Barry in the above matter.

### My Professional Background

2.  That was initially I have been admitted to the practice of law in 2002.

3.  That I practice law full time as a private plaintiff's attorney, and I am the principal of the Gonko & Vavreck in Minneapolis.

4.  That I am an experienced litigator and have extensive experience in numerous areas of consumer law, including FDCPA, FCRA, Debt Defense, Judgements, Garnishments and many other areas of federal consumer practice. I have handled several hundred consumer claims in Minnesota on behalf of individual over my 20 years in practice.

5.  I am an attorney licensed in the State of Minnesota and am currently admitted to practice in good standing the following jurisdictions:

    - State of Minnesota

- 1 -

- U.S. District Court, District of Minnesota

- U.S. District Court, Eastern District of Wisconsin

- U.S. District Court, Western District of Wisconsin

- U.S. District Court, District of Colorado

### Familiarity with Peter F. Barry's Legal Skills

6.    I have known Mr. Peter F. Barry, Esq. since around 2003.

7.    Since that time, I have been a friend and professional colleague to Mr. Barry and have consulted with him hundreds of times over these past many years with regard to state and federal practice issues, as well as trial techniques.

8.    I am very familiar with Mr. Barry's professionalism, ethics, and judgment.

9.    I am very familiar with Mr. Barry's skills and abilities as a federal practitioner and with the significant success he has achieved for consumer clients.

10.    I am also familiar with his volunteer work with the Federal Pro Se Project and his extensive pro bono commitments made to many clients over his nearly 27 years in practice.

11.    I am familiar with Mr. Barry's volunteer work as a 4th District Ethics Committee Investigator in Hennepin County between 2006-2019.

12.    I am familiar with the Consumer Rights curriculum Mr. Barry has developed and taught starting in 2003 at William Mitchell College of Law, as an Adjunct Professor of law.

13.    I am familiar with Mr. Barry's national reputation and his numerous speaking engagements throughout the United States on the topic of federal consumer rights.

14.    Without question, Mr. Barry is a highly respected and accomplished attorney in a highly specialized and complex area of consumer law, namely the FDCPA.

**$600.00 Per Hour Attorney Fee Rate Is Appropriate for Peter F. Barry**

15.    I am well acquainted with the prevailing hourly rates being charged to by other federal practitioners in the Twin Cities area with comparable levels of skill and professional experience as Mr. Barry, especially those in consumer law.

16.    Based upon my observations, knowledge and experience of the current rates for federal litigators in the Minneapolis–St. Paul area, Mr. Barry is an experienced and capable lawyer who can certainly ask for and expect to receive at minimum $600.00 per hour for his professional time and efforts on behalf of Plaintiffs in individual consumer cases.

17.    Based upon my knowledge and many years of experience in Federal court, I believe that Mr. Barry's hourly rate of $600.00 is both reasonable and justified in the present case, especially given that he was approved by this Court at $550.00 per hour for FDCPA work he performed in 2020.

18.    I genuinely believe that Mr. Barry should be fairly compensated at the rate of $600.00 per hour given his wealth of experience, his years in practice, his knowledge of case law, his practical application of that law, and his excellent reputation within the consumer rights world.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____May 25, 2023_____

Respectfully submitted,

Mark L. Vavreck, Esq.