# Exhibit A



# INVOICE

Invoice # 744
Date: 03/29/2023
Due On: 04/28/2023

# Swigart Law Group, APC

2221 Camino del Rio South, Ste. 308
San Diego, CA 92108
United States

Mr. Brian Kelly

## 17236-Kelley

## B. Kelly v. United Payment Center Inc.; 0:22-cv-1799-ECT-JFD (D. Minn.)

| Type | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Service | 01/06/2023 | Call with co-counsel re discovery issues | 0.40 | $595.00 | $238.00 |
| Service | 01/08/2023 | Review client's submission and summarize facts of the case | 0.80 | $595.00 | $476.00 |
| Service | 01/08/2023 | Review and study complaint | 1.00 | $595.00 | $595.00 |
| Service | 01/08/2023 | Review and collect evidence from client | 0.90 | $595.00 | $535.50 |
| Service | 01/08/2023 | Review and send filed documents to client | 0.20 | $595.00 | $119.00 |
| Service | 01/10/2023 | Call with Pete Barry to discuss ruling on Rule 15 motion | 0.50 | $595.00 | $297.50 |
| Service | 01/10/2023 | Call with Pete Barry to discuss deposition schedule | 0.30 | $595.00 | $178.50 |
| Service | 01/10/2023 | Draft and file Pro Hac Vice paperwork | 0.20 | $595.00 | $119.00 |
| Service | 01/11/2023 | Discussion with Co-counsel re settlement | 0.10 | $595.00 | $59.50 |
| Service | 03/14/2023 | Call with cc | 0.50 | $595.00 | $297.50 |
| Service | 03/14/2023 | Draft net worth discovery | 0.30 | $595.00 | $178.50 |
| Service | 03/29/2023 | Deposition prep | 2.00 | $595.00 | $1,190.00 |
| | | | | Total | $4,284.00 |

Please make all amounts payable to: Swigart Law Group, APC

Please pay within 30 days.