# Exhibit B



# INVOICE

Invoice # 751
Date: 05/17/2023
Due On: 06/16/2023

# Swigart Law Group, APC

2221 Camino del Rio South, Ste. 308
San Diego, CA 92108
United States

Mr. Brian Kelly

## 17236-Kelley

## B. Kelly v. United Payment Center Inc.; 0:22-cv-1799-ECT-JFD (D. Minn.)

| Type | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Service | 03/30/2023 | Deposition prep | 0.40 | $595.00 | $238.00 |
| Service | 03/30/2023 | Defendant's deposition | 6.70 | $595.00 | $3,986.50 |
| Service | 03/30/2023 | Call with Co-counsel | 0.80 | $595.00 | $476.00 |
| Service | 04/20/2023 | Call with Co-counsel discussing and reviewing MSJ | 1.00 | $595.00 | $595.00 |
| Service | 04/21/2023 | Reviewing and discussing oral argument | 0.10 | $595.00 | $59.50 |
| Service | 04/27/2023 | Confer with Co-counsel re MSJ and settlement | 0.50 | $595.00 | $297.50 |
| Service | 05/01/2023 | Email response from Defendant and review | 0.10 | $595.00 | $59.50 |
| Service | 05/01/2023 | Conf. call with opposing counsel | 0.40 | $595.00 | $238.00 |
| Service | 05/08/2023 | Call with Co-counsel to discuss Rule 68 | 0.80 | $595.00 | $476.00 |
| Service | 05/09/2023 | Review Defendant's motion for relief under R56(d) | 1.00 | $595.00 | $595.00 |
| Service | 05/18/2023 | Review and prepare time records | 0.40 | $595.00 | $238.00 |
| Service | 05/18/2023 | Draft declaration in support of fee petition | 1.00 | $595.00 | $595.00 |

Total    $7,854.00

Please make all amounts payable to: Swigart Law Group, APC

Please pay within 30 days.