# Exhibit C



# INVOICE

Invoice # 754
Date: 05/25/2023
Due On: 06/24/2023

# Swigart Law Group, APC

2221 Camino del Rio South, Ste. 308
San Diego, CA 92108
United States

Mr. Brian Kelly

## 17236-Kelley - Paralegal Time

## B. Kelly v. United Payment Center Inc.; 0:22-cv-1799-ECT-JFD (D. Minn.)

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/01/2023 | Reviewing the Complaint and Motion to Dismiss Plaintiff's Punitive Damages claim filed by Opposing Counsel. | 0.30 | $225.00 | $67.50 |
| Service | 01/01/2023 | Researching Relevant Authorities and Drafting Opposition to Motion to Dismiss Plaintiff's claim for Punitive Damages. | 5.50 | $225.00 | $1,237.50 |
| Service | 04/17/2023 | Phone call with Mr. Barry re preparing Motion for Summary Judgment. | 0.30 | $225.00 | $67.50 |
| Service | 04/17/2023 | Zoom call with Mr. Barry re preparing Motion for Summary Judgment | 1.60 | $225.00 | $360.00 |
| Service | 04/19/2023 | Researching and drafting legal standard for Motion for Summary Judgment. | 0.70 | $225.00 | $157.50 |
| Service | 04/19/2023 | Researching and drafting analysis for the unauthorized practice of law in Motion for Summary Judgment. | 2.00 | $225.00 | $450.00 |
| Service | 04/20/2023 | Researching and drafting analysis for the drivers privacy protection act in Motion for Summary | 1.40 | $225.00 | $315.00 |
| Service | 04/20/2023 | Researching and drafting analysis | 3.70 | $225.00 | $832.50 |

|         |            |                                                                                                                                                                                              |      |          |          |
|---------|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|         |            | for the FRCA section in Motion for Summary Judgment.                                                                                                                                          |      |          |          |
| Service | 04/20/2023 | Researching and drafting fraud analysis for Motion for Summary Judgment.                                                                                                                      | 2.40 | $225.00  | $540.00  |
| Service | 04/20/2023 | Drafting portions of the FDCPA section in the Motion for Summary Judgment.                                                                                                                    | 0.50 | $225.00  | $112.50  |
| Service | 04/21/2023 | Conferring with Mr. Barry re Motion for Summary Judgment.                                                                                                                                     | 0.60 | $225.00  | $135.00  |
| Service | 04/21/2023 | Researching independent contractor v. employee analysis, drafting section in Motion for Summary Judgment of the same.                                                                         | 1.60 | $225.00  | $360.00  |
| Service | 04/22/2023 | Reviewing the Motion for Summary Judgment in its entirety.                                                                                                                                    | 1.80 | $225.00  | $405.00  |
| Service | 04/24/2023 | Finalizing Motion for Summary Judgment, formatting, etc. and phone call with Mr. Barry of the same                                                                                            | 0.80 | $225.00  | $180.00  |
| Service | 04/24/2023 | Drafting, reviewing, and uploading Notice of Hearing re Motion for Summary Judgment.                                                                                                          | 0.20 | $225.00  | $45.00   |
| Service | 04/26/2023 | Conferring with Mr. Barry re the Motion for Summary Judgment.                                                                                                                                 | 0.20 | $225.00  | $45.00   |
| Service | 05/05/2023 | Phone call with Mr. Barry re status of the case and Opposing counsel's intent to file a Rule 56(d) motion. Actual time: 19 minutes. Charged at 12.                                            | 0.20 | $225.00  | $45.00   |
| Service | 05/09/2023 | Conferring with Mr. Barry re preparing response to 56(d) Motion, case strategy and development.                                                                                               | 1.30 | $225.00  | $292.50  |
| Service | 05/09/2023 | Reviewing caselaw re fee motion orders.                                                                                                                                                       | 0.20 | $225.00  | $45.00   |
| Service | 05/09/2023 | Templating documents for Reply to Defendant's Rule 56(d) Motion                                                                                                                               | 0.40 | $225.00  | $90.00   |
| Service | 05/09/2023 | Re Reply to Defendant's 56(d) Motion: Drafting Declaration, Drafting Introduction to Reply, reviewing caselaw evidencing legal standard for 56(d) Motions and drafting the legal standard motion of the reply. | 0.70 | $225.00  | $157.50  |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/09/2023 | Preparing Information to be used in Motion for Attorney's Fees. | 0.30 | $225.00 | $67.50 |
| Service | 05/09/2023 | Drafting Facts section for Reply to Rule 56(d) Motion. | 1.00 | $225.00 | $225.00 |
| Service | 05/09/2023 | Drafting argument sections and conclusion for Reply to Defendant's Rule 56(d) Motion. | 1.70 | $225.00 | $382.50 |
| Service | 05/17/2023 | Phone call with Mr. Barry re preparing Motion for Summary Judgment. | 0.30 | $225.00 | $67.50 |
| Service | 05/22/2023 | Phone call with co-counsel, Mr. Barry, re preparing Motion for Fees, Bill of Costs, Declarations, and information. | 0.30 | $225.00 | $67.50 |
| Service | 05/23/2023 | Reviewing Requirements for Drafting Bill of Costs Form; Reviewing the US D. Minn Bill of Costs Guide in preparation of drafting bill of costs; reviewing and organizing invoices and costs incurred during the litigation. | 0.90 | $225.00 | $202.50 |
| Service | 05/23/2023 | Drafting Bill of Costs with Supplemental Information | 0.60 | $225.00 | $135.00 |
| Service | 05/23/2023 | Motion for Fees: Drafting Motion, Notice of Motion, Certificate of Word Count, Proposed Order, and Local Rule 7.1 Meet and Confer Statement. | 1.10 | $225.00 | $247.50 |
| Service | 05/24/2023 | Phone call with Mr. Barry, conferring on preparations for Bill of Costs and Motion for Fees and Costs. | 0.40 | $225.00 | $90.00 |
| Service | 05/24/2023 | Drafting Declaration by Peter F. Barry in support of Bill of Costs | 0.50 | $225.00 | $112.50 |
| Service | 05/24/2023 | Phone conference with Mr. Barry and Mr. Swigart re finalizing Motion for Fees, Mr. Swigart joining part way through. | 0.50 | $225.00 | $112.50 |
| Service | 05/24/2023 | Revising Declaration of Josh Swigart | 0.80 | $225.00 | $180.00 |
| Service | 05/24/2023 | Conferring with Mr. Barry re attaching exhibits to declaration for Fee Motions and preparation of a chart to include in motion for fees. | 0.30 | $225.00 | $67.50 |
| Service | 05/24/2023 | Redacting cost invoices to remove all personal identification, account numbers, etc., compiling all costs into one exhibit | 0.40 | $225.00 | $90.00 |
| Service | 05/25/2023 | Reviewing and Revising Declaration of Peter F. Barry in support of Motion for Attorneys' Fees and Costs, preparing and including chart evidencing categories of costs. | 0.80 | $225.00 | $180.00 |
| Service | 05/25/2023 | Revising and editing courtesy copy letter to the judge re Motion for Fees. | 0.20 | $225.00 | $45.00 |
| Service | 05/25/2023 | Researching for and drafting memorandum of law in | 4.30 | $225.00 | $967.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | support of motion for fees and costs. | | | |
| Service | 05/25/2023 | Anticipated, low-ranged, good-faith estimate for replying to any response in opposition to the Motion for Fees, attending the hearing thereof, and addressing any matters remaining in this action. | 3.00 | $225.00 | $675.00 |
| | | | | **Total** | **$9,855.00** |

Please make all amounts payable to: Swigart Law Group, APC

Please pay within 30 days.