# Exhibit F

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Kelly,<br><br>    Plaintiff,<br>v.<br><br>United Payment Center, Inc.,<br><br>    Defendant. | Case No.: 0:22-cv-1799-ECT-DLM<br><br>**DECLARATION OF<br>KEVIN T. LEMIEUX, ESQ.<br>IN SUPPORT OF PLAINTIFF'S<br>MOTION FOR ATTORNEY'S FEES<br>AND COSTS** |

I, Kevin T. Lemieux, Esq., declare as follows:

1. That I make this declaration in support of the attorney's fee application of attorney Joshua B. Swigart in the above matter.

### My Professional Background

2. I have been admitted to the practice of law since 2003.

3. I practice law as a plaintiff's attorney for consumers, and as a family and juvenile law attorney. I am the principal of The Law Offices of Kevin Lemieux, APC in California.

4. I am an experienced litigator and trial lawyer. I also have experience in consumer law from my prior work.

5. I am an attorney licensed in the State of California and am currently admitted to practice in good standing the following jurisdictions:

- State of California

### Familiarity with Joshua B. Swigart's Legal Skills

6. I have known Mr. Joshua B. Swigart, Esq. for over 20 years.

- 1 -

7. Since that time, I have been a friend and professional colleague to Mr. Swigart and have consulted with him numerous occasions over these past years with regard to state and federal practice issues, as well as trial techniques.

8. I am very familiar with Mr. Swigart's professionalism, ethics, and judgment.

9. I am very familiar with Mr. Swigart's skills and abilities as a federal practitioner and with the significant success he has achieved for consumer clients.

10. I am familiar with Mr. Swigart's national reputation and his numerous speaking engagements throughout the United States on the topic of federal consumer rights.

11. Without question, Mr. Swigart is a highly respected and accomplished attorney in a highly specialized and complex area of consumer law, namely the FDCPA.

**$595.00 Per Hour Attorney Fee Rate Is Appropriate for Joshua B. Swigart**

12. I am well acquainted with the prevailing hourly rates being charged to by other federal practitioners in the Twin Cities as well as the San Diego, California areas with comparable levels of skill and professional experience as Mr. Swigart, especially those in consumer law.

13. Based upon my observations, knowledge and experience of the current rates for federal litigators in the Minneapolis–St. Paul and San Diego, California areas, Mr. Swigart is an experienced and capable lawyer who can certainly ask for and expect to receive at minimum $595.00 per hour for his professional time and efforts on behalf of Plaintiffs in individual consumer cases. In fact, I know of one other pending matter where Mr. Swigart is seeking a fee rate of $795.00 per hour in a pending case in the Southern District of California, which I believe is reasonable.

- 3 -

14. Based upon my knowledge and many years of experience in Federal court, I believe that Mr. Swigart's hourly rate of $595.00 is both reasonable and justified in the present case, especially given that he was approved by a California federal court at $795 per hour for consumer work he performed in 2022 and 2023.

15. I genuinely believe that Mr. Swigart should be fairly compensated at the rate of $595.00 per hour given his wealth of experience, his years in practice, his knowledge of case law, his practical application of that law, and his excellent reputation within the consumer rights world.

I declare under penalty of perjury that the foregoing is true and correct.

      Executed on May 25, 2023

      Respectfully submitted,

*Kevin Lemieux*

Kevin T. Lemieux, Esq.