# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Kelly,<br><br>  Plaintiff,<br><br>v.<br><br>United Payment Center Inc.,<br><br>  Defendant. | Case No.: 0:22-cv-1799-ECT-DLM<br><br>**DECLARATION OF<br>DANIEL P. BREES** |

STATE OF MINNESOTA )
          ) ss.
COUNTY OF HENNEPIN )

  I, Daniel Brees, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

  1. I am an attorney at Gordon Rees Scully Mansukhani, LLP, and I represent United Payment Center, Inc. ("UPC") in the above-captioned matter. I submit this declaration in support of UPC's opposition to Plaintiff's Motion for Attorneys' Fees and Costs.

  2. On March 29, 2023, Plaintiff Brian Kelly, through his counsel, sent a demand to UPC. A true and correct copy of the demand is attached hereto as **Exhibit 1**.

  3. On April 7, 2023, UPC served a Rule 68 Offer of Judgment on Plaintiff, through his counsel. A true and correct copy of the April 7, 2023 Rule 68 Offer of Judgment is attached hereto as **Exhibit 2**. Plaintiff did not accept this offer.

  4. On April 13, 2023, after receiving UPC's Rule 68 Offer of Judgment, Plaintiff and UPC submitted a joint letter to Magistrate Judge Docherty setting forth the parties' settlement positions. A true and correct copy of the April 13, 2023 Settlement Letter to Magistrate Judge Docherty is attached hereto as **Exhibit 3**.

5. UPC's first Rule 68 Offer of Judgment expired on April 21, 2023.

6. On May 2, 2023, UPC served a second Rule 68 Offer of Judgment, which Plaintiff ultimately accepted on May 15, 2023.

7. On April 25, 2023, between the time UPC served its first Rule 68 Offer of Judgment and its second Rule 68 Offer of Judgment, Plaintiff filed a motion for summary judgment as to liability only.

8. I have analyzed all of Plaintiff's counsels' time records related to this action in detail.

9. Based on the time records available, Plaintiff began work on the motion for summary judgment as to liability only on April 13, 2023, the same day that Plaintiff and UPC submitted a joint status letter to Magistrate Judge Docherty.

10. I have added all of the time Plaintiff spent on his motion for summary judgment as to liability only and compiled all of the hours expended on the motion into a spreadsheet. A true and correct copy of the spreadsheet reflecting time spent on the motion for summary judgment is attached hereto as **Exhibit 4**.

11. I have also added all of the time Plaintiff's counsel spent performing the same tasks and compiled the significant duplicative billings into a spreadsheet, which highlights the overlawyering and duplicative billings in this matter. A true and correct copy of the spreadsheet reflecting overlawyering and duplicative billings is attached hereto as **Exhibit 5**.

12. I have also added all of the time Plaintiff's counsel spent in internal meetings, which includes time entries reflecting a call or communication with co-counsel, or some variation of that entry. I compiled the internal meeting time entries into a spreadsheet, and I excluded any entry that describes the subject matter of the internal meeting. So the only entries that are included are

entries that do not describe the subject matter. A true and correct copy of the spreadsheet reflecting vague entries of internal meetings is attached hereto as **Exhibit 6**.

13. I have also added all of the time Plaintiff's counsel spent performing clerical and administrative tasks and compiled the clerical and administrative billings into a spreadsheet. The clerical and administrative tasks include entries for reviewing ECF pings, saving ECF filings to the file, preparing certificates of service, arranging for service, filing documents on ECF, preparing notices of deposition, and assembling documents for service, among other entries. A true and correct copy of the spreadsheet reflecting clerical and administrative tasks is attached hereto as **Exhibit 7**.

## DECLARATION

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated this 8th day of June, 2023.

**Gordon Rees Scully Mansukhani LLP**
Attorneys for Defendant United Payment Center, Inc.

/s/ *Daniel Brees*

Daniel Brees
Minnesota State Bar No: 0395284