# EXHIBIT 1

Peter F. Barry
Attorney at Law
pbarry@lawpoint.com

# THE BARRY LAW OFFICE, LTD

**Minneapolis**
**(612) 379-8800**

**Portland**
**(503) 382-8800**

333 Washington Ave No
Suite 300-9038
Minneapolis, MN 55401

March 29, 2023

Daniel Brees, Esq.
dbrees@grsm.com
Suzanne L. Jones, Esq.
sljones@grsm.com
Gordon Rees Scully Mansukhani LLP
100 S. 5th Street, Suite 1900
Minneapolis, MN 55402

**RE:**    Brian Kelly v. United Payment Center, Inc.
Case No. 22-cv-1799-ECT-JFD

## CONFIDENTIAL RULE 408 SETTLEMENT LETTER – VIA EMAIL ONLY

Counsel:

| Item | Amount |
|------|-------:|
| FDCPA Mom's Call | $1,000 |
| FDCPA Brian's Call | $1,000 |
| FDCPA Actuals for IOP/ED | $5,000 |
| DPPA Statutory | $2,500 |
| DPPA Punitives | $10,000 |
| FCRA Statutory | $1,000 |
| FCRA Actuals | $5,000 |
| FCRA Punitives | $10,000 |
| Fraud - Minnesota Common Law | $10,400 |
| Punitive Damages Under Minnesota Law | $50,000 |
| Attorney's Fees – The Barry Law Office, Ltd** | $52,080 |
| Attorney's Fees – Swigart Law Group, PLLC** | $5,724 |
| Costs - Filing and Service | $1,864 |
| **Total Demand** | **$155,568.00** |

**Fees are continuing. We are open to continuing the notice deposition for two weeks if your client is serious about settling this case. Otherwise, we'll proceed tomorrow.  Thanks.

Respectfully,

**THE BARRY LAW OFFICE, LTD**

Peter F. Barry, Esq.
Attorney at Law
Pf Bara

# LAWPOINT.COM

Date Range: 1/1/2010 - 1/1/2024

| Person | Client | Date | Task | Comment | Hours | Amount |
|---|---|---|---|---|---|---|
| Peter Barry | | | | | | |
| | General - 56234 | 56234 Kelly, Brian v. United Payment Center | | | | |
| | | 6/29/2022 | Analyze, Review and Advise | Prepared and sent documents to client. | 0.20 | $120.00 |
| | | 6/29/2022 | Analyze, Review and Advise | Reviewed client docs and all credit reports. | 1.10 | $660.00 |
| | | 6/29/2022 | Analyze, Review and Advise | Initial client intake. | 1.50 | $900.00 |
| | | 7/1/2022 | Analyze, Review and Advise | Reviewed evidence in case. | 0.20 | $120.00 |
| | | 7/1/2022 | Analyze, Review and Advise | Call to client | 0.10 | $60.00 |
| | | 7/1/2022 | Analyze, Review and Advise | Call with client. | 0.20 | $120.00 |
| | | 7/1/2022 | Analyze, Review and Advise | Drafted lawsuit. | 0.30 | $180.00 |
| | | 7/6/2022 | Analyze, Review and Advise | Drafted complaint | 0.90 | $540.00 |
| | | 7/7/2022 | Analyze, Review and Advise | Continued drafting complaint. Researched entity location, etc. | 1.20 | $720.00 |
| | | 7/8/2022 | Analyze, Review and Advise | Continued complaint drafting. | 2.40 | $1,440.00 |
| | | 7/8/2022 | Analyze, Review and Advise | Email threads with client | 0.20 | $120.00 |
| | | 7/9/2022 | Analyze, Review and Advise | Drafting complaint. Emails to client. | 2.20 | $1,320.00 |
| | | 7/15/2022 | Analyze, Review and Advise | Received ECF pings back. Review and saved to file. | 0.20 | $120.00 |
| | | 7/15/2022 | Analyze, Review and Advise | Prepared lawsuit for filing. Reviewed and filed with court. | 0.60 | $360.00 |
| | | 7/18/2022 | Analyze, Review and Advise | Email threads with process server. | 0.10 | $60.00 |
| | | 7/18/2022 | Analyze, Review and Advise | Prepared delaration for process sever. Arranged for service. | 0.30 | $180.00 |
| | | 8/11/2022 | Analyze, Review and Advise | Emails to process server. | 0.10 | $60.00 |
| | | 8/11/2022 | Analyze, Review and Advise | Email threads with client. | 0.10 | $60.00 |
| | | 8/29/2022 | Analyze, Review and Advise | Reviewed proposed stipulation to extend time. Made edits and corrections. Esigned and approved for filing. | 0.30 | $180.00 |
| | | 8/30/2022 | Analyze, Review and Advise | Reviewed stipulation to extend time filed on ECF. | 0.20 | $120.00 |
| | | 9/19/2022 | Analyze, Review and Advise | Drafted demand. Email to counsel. | 1.10 | $660.00 |
| | | 9/19/2022 | Analyze, Review and Advise | Call with client. | 0.20 | $120.00 |
| | | 9/26/2022 | Analyze, Review and Advise | Status call with client | 0.20 | $120.00 |
| | | 9/27/2022 | Analyze, Review and Advise | Research into Rosenthal | 0.50 | $300.00 |
| | | 9/27/2022 | Analyze, Review and Advise | Call to counsel re: extension. | 0.10 | $60.00 |
| | | 9/28/2022 | Analyze, Review and Advise | Reviewed Stip to extend filed on ECF. | 0.10 | $60.00 |
| | | 10/3/2022 | Analyze, Review and Advise | Call to client. | 0.10 | $60.00 |
| | | 10/5/2022 | Analyze, Review and Advise | Rule 408 call with defense counsel Suzanne Jones, | 0.10 | $60.00 |
| | | 10/6/2022 | Analyze, Review and Advise | Rule 408 email to counsel. | 0.10 | $60.00 |
| | | 10/20/2022 | Analyze, Review and Advise | Reviewed ECF pings from Court re Answer. | 0.30 | $180.00 |
| | | 10/31/2022 | Analyze, Review and Advise | Call to Suzanne Jones, Left Message. | 0.20 | $120.00 |
| | | 11/2/2022 | Analyze, Review and Advise | Rule 408 conversation with Jones. | 0.60 | $360.00 |
| | | 11/2/2022 | Analyze, Review and Advise | Call to Jones. Left message. | 0.10 | $60.00 |
| | | 11/7/2022 | Analyze, Review and Advise | Reviewed and filed Amended COmplaint. | 0.30 | $180.00 |
| | | 11/7/2022 | Analyze, Review and Advise | Rule 26f Conference with Jeremy Thompson. | 0.50 | $300.00 |
| | | 11/7/2022 | Analyze, Review and Advise | Drafted Rule 26f report. Sent to counsel for review. | 1.60 | $960.00 |
| | | 11/7/2022 | Analyze, Review and Advise | | 1.70 | $1,020.00 |

Date Range: 1/1/2010 - 1/1/2024

| Person | Client | Date | Task | Comment | Hours | Amount |
|--------|--------|------|------|---------|-------|--------|
| | | | | Drafted Amended COmplaint.  Filed on ECF. | | |
| | | 11/8/2022 | Analyze, Review and Advise | Reviewed eduts to Rule 26f Report.  Email threads with defense counsel. | 0.20 | $120.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Drafted Rule 26a1 Disclosures. | 0.90 | $540.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Email threads with counsel re: Rule 26f Report. | 0.10 | $60.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Edits and final review of Rule 26f Report.  Email threads to counsel approving changes. | 0.20 | $120.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Reviewed final filed Rule 26f report. | 0.10 | $60.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Email threads to client. | 0.10 | $60.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Drafted Settlement letter. | 1.20 | $720.00 |
| | | 11/9/2022 | Analyze, Review and Advise | Reviewed edits to Rule 26f Report. | 0.40 | $240.00 |
| | | 11/10/2022 | Analyze, Review and Advise | Follow up email to Counsel for insurance disclosure. | 0.10 | $60.00 |
| | | 11/16/2022 | Analyze, Review and Advise | Attended Rule 16 COnference | 0.50 | $300.00 |
| | | 11/21/2022 | Analyze, Review and Advise | Prepped motion to dismiss reply. | 0.60 | $360.00 |
| | | 11/21/2022 | Analyze, Review and Advise | Research.  Email threads with defense counsel. | 0.30 | $180.00 |
| | | 11/21/2022 | Analyze, Review and Advise | Call with Defense counsel. | 0.30 | $180.00 |
| | | 11/22/2022 | Analyze, Review and Advise | Reviewed pretrial order. | 0.10 | $60.00 |
| | | 11/22/2022 | Analyze, Review and Advise | Email status update to client. | 0.10 | $60.00 |
| | | 11/27/2022 | Analyze, Review and Advise | Drafted motion reply brief. | 4.50 | $2,700.00 |
| | | 11/28/2022 | Analyze, Review and Advise | Edits to reply brief on Motion to Dismiss. | 1.40 | $840.00 |
| | | 11/29/2022 | Analyze, Review and Advise | Edits to reply brief. | 0.10 | $60.00 |
| | | 11/29/2022 | Analyze, Review and Advise | Reviewed corrected pretrial scheduling order. | 0.10 | $60.00 |
| | | 11/30/2022 | Analyze, Review and Advise | Edits to MTD brief and filed on ECF. | 3.10 | $1,860.00 |
| | | 12/8/2022 | Analyze, Review and Advise | FInal edits to brief and word count certificate and filed with court on ECF. | 1.70 | $1,020.00 |
| | | 12/9/2022 | Analyze, Review and Advise | Drafted and served initial disclosures under FRCP 26(a)(1). | 1.30 | $780.00 |
| | | 12/16/2022 | Analyze, Review and Advise | Research into Defendants use of DPPA skip tracing tools. | 3.20 | $1,920.00 |
| | | 12/19/2022 | Analyze, Review and Advise | Research into skiptracing by Defendnat. | 2.50 | $1,500.00 |
| | | 12/20/2022 | Analyze, Review and Advise | Rule 408 discussion with Jeremy Thompson. | 0.30 | $180.00 |
| | | 12/20/2022 | Analyze, Review and Advise | Research in Defendant. | 1.40 | $840.00 |
| | | 12/22/2022 | Analyze, Review and Advise | Email threads with Flynn. | 0.10 | $60.00 |
| | | 12/22/2022 | Analyze, Review and Advise | Drafted and served Notice of Taking Deposition.  Researched court reporters. | 0.60 | $360.00 |
| | | 12/22/2022 | Analyze, Review and Advise | Email threads to Thompson re: oral argument. | 0.10 | $60.00 |
| | | 12/22/2022 | Analyze, Review and Advise | Reviewed Reply in Support of Motion to Dismiss | 0.40 | $240.00 |
| | | 12/23/2022 | Analyze, Review and Advise | Reviewed evidence in case. | 1.40 | $840.00 |
| | | 12/23/2022 | Analyze, Review and Advise | Email threads with defense counsel re: oral argument. | 0.10 | $60.00 |
| | | 12/27/2022 | Analyze, Review and Advise | Rule 408 Call to Jeremy Thompson.  Requested word versions of documents. | 0.10 | $60.00 |
| | | 12/30/2022 | Analyze, Review and Advise | Emails with clerk. | 0.10 | $60.00 |
| | | 12/30/2022 | Analyze, Review and Advise | Email threads with defense re: depo scheduling. | 0.10 | $60.00 |



Date Range: 1/1/2010 - 1/1/2024

| Person | Client | Date | Task | Comment | Hours | Amount |
|---|---|---|---|---|---|---|
| | | 12/30/2022 | Analyze, Review and Advise | Deposition prep research. | 1.20 | $720.00 |
| | | 1/2/2023 | Analyze, Review and Advise | Drafted subpoenas to various entititles. | 0.20 | $120.00 |
| | | 1/4/2023 | Analyze, Review and Advise | Reviewed evidence in case. | 0.20 | $120.00 |
| | | 1/5/2023 | Analyze, Review and Advise | Email threads with Thompson re: request for discussion. | 0.10 | $60.00 |
| | | 1/5/2023 | Analyze, Review and Advise | Reviewed discovery requests. | 0.10 | $60.00 |
| | | 1/6/2023 | Analyze, Review and Advise | Deposition prep for Martinez depo. | 1.40 | $840.00 |
| | | 1/6/2023 | Analyze, Review and Advise | Call to Thompson. | 0.10 | $60.00 |
| | | 1/8/2023 | Analyze, Review and Advise | Review and prep for oral argument. Reviewed all briefing and relevant case law.  Compiled oral argument notes for hearing on motion to dismiss.  Reviewed Judge Tostrud's practices and pointers. | 3.70 | $2,220.00 |
| | | 1/8/2023 | Analyze, Review and Advise | Call with Client | 0.50 | $300.00 |
| | | 1/9/2023 | Analyze, Review and Advise | Travel to/from hearing.  pre work. Oral argument on Defendant's motion to dismiss. | 2.30 | $1,380.00 |
| | | 1/10/2023 | Analyze, Review and Advise | Call with co-counsel.  Served amended notice of deposition. | 0.60 | $360.00 |
| | | 1/12/2023 | Analyze, Review and Advise | Email to counsel requesting extension of time on discovery. | 0.20 | $120.00 |
| | | 1/23/2023 | Analyze, Review and Advise | Drafted discovery responses. Gathered all documents.  Reviewed. Identified all responsive docs.  Sent to client for review and signature. | 5.20 | $3,120.00 |
| | | 1/23/2023 | Analyze, Review and Advise | Call with co-counsel. | 0.30 | $180.00 |
| | | 1/23/2023 | Analyze, Review and Advise | Email to court re: settlement conference. | 0.10 | $60.00 |
| | | 1/24/2023 | Analyze, Review and Advise | Final review and transmittal of initial discovery responses. | 1.30 | $780.00 |
| | | 1/24/2023 | Analyze, Review and Advise | Rule 408 meet and confer. | 0.30 | $180.00 |
| | | 1/24/2023 | Analyze, Review and Advise | Email Threads with client.  Sent final interrogatory responses for review. | 0.10 | $60.00 |
| | | 2/2/2023 | Analyze, Review and Advise | Email threads with to client. | 0.10 | $60.00 |
| | | 2/2/2023 | Analyze, Review and Advise | Reviewed Settlement conference order. | 0.50 | $300.00 |
| | | 2/9/2023 | Analyze, Review and Advise | Reviewed ECF ping re: transcript request. | 0.10 | $60.00 |
| | | 2/15/2023 | Analyze, Review and Advise | Deposition prep for Michale Martinez depostion. | 0.70 | $420.00 |
| | | 2/16/2023 | Analyze, Review and Advise | Email threads to counsel. | 0.10 | $60.00 |
| | | 2/20/2023 | Analyze, Review and Advise | Email threads to defense re: attendees for depostion. | 0.10 | $60.00 |
| | | 2/21/2023 | Analyze, Review and Advise | Prepped for depostiton. | 6.40 | $3,840.00 |
| | | 2/21/2023 | Analyze, Review and Advise | Email threads with Dan Brees re: rescheduling deposition. | 0.20 | $120.00 |
| | | 2/21/2023 | Analyze, Review and Advise | Call with co-counsel. | 0.50 | $300.00 |
| | | 2/22/2023 | Analyze, Review and Advise | Conversation with co-counsel. | 0.10 | $60.00 |
| | | 2/22/2023 | Analyze, Review and Advise | Drafted and served Second Amended NOD. | 0.20 | $120.00 |
| | | 2/22/2023 | Analyze, Review and Advise | Completed Review of Tweets. | 0.60 | $360.00 |
| | | 2/22/2023 | Analyze, Review and Advise | Email threads with defense counsel. | 0.10 | $60.00 |
| | | 3/9/2023 | Analyze, Review and Advise | Drafted and sent demand for Insurance Disclosures. | 0.30 | $180.00 |
| | | 3/14/2023 | Analyze, Review and Advise | Darafted discovery requests to Defendant.  Set I. | 2.40 | $1,440.00 |

# Billing Detail By Person

Date Range: 1/1/2010 - 1/1/2024

| Person | Client | Date | Task | Comment | Hours | Amount |
|--------|--------|------|------|---------|-------|--------|
| | | 3/14/2023 | Analyze, Review and Advise | Call with Co-counsel. | 0.70 | $420.00 |
| | | 3/14/2023 | Analyze, Review and Advise | Arranged process server. | 0.20 | $120.00 |
| | | 3/14/2023 | Analyze, Review and Advise | Drafted subpoena to BBB.  Edits to initial discovery documents. | 0.50 | $300.00 |
| | | 3/14/2023 | Analyze, Review and Advise | Talked to Dan Brees. | 0.20 | $120.00 |
| | | 3/16/2023 | Analyze, Review and Advise | Email threads with cocounsel | 0.10 | $60.00 |
| | | 3/16/2023 | Analyze, Review and Advise | Email threads with opposing counsel regarding defendants failure to produce the Allstate insurance policy | 0.30 | $180.00 |
| | | 3/17/2023 | Analyze, Review and Advise | Drafted subpoena to Allstate. | 1.50 | $900.00 |
| | | 3/17/2023 | Analyze, Review and Advise | Arranged Service of subpoena to Allstate. | 0.90 | $540.00 |
| | | 3/17/2023 | Analyze, Review and Advise | Review of insurance policy. | 0.50 | $300.00 |
| | | 3/17/2023 | Analyze, Review and Advise | Call to Dan Brees. | 0.70 | $420.00 |
| | | 3/20/2023 | Analyze, Review and Advise | Research into subpoena, | 0.50 | $300.00 |
| | | 3/29/2023 | Analyze, Review and Advise | Deposition prep. | 2.40 | $1,440.00 |
| | | General - 56234  56234 Kelly, Brian v. United Payment Center Total: | | | 86.80 | $52,080.00 |
| | | | | **Peter Barry Total:** | **86.80** | **$52,080.00** |
| | | | | **Grand Total** | **86.80** | **$52,080.00** |



# INVOICE

Invoice # 744
Date: 03/29/2023
Due On: 04/28/2023

# Swigart Law Group, APC

2221 Camino del Rio South, Ste. 308
San Diego, CA 92108
United States

Mr. Brian Kelly

## 17236-Kelley

## B. Kelly v. United Payment Center Inc.; 0:22-cv-1799-ECT-JFD (D. Minn.)

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 01/06/2023 | Call with co-counsel re discovery issues | 0.40 | $795.00 | $318.00 |
| Service | 01/08/2023 | Review client's submission and summarize facts of the case | 0.80 | $795.00 | $636.00 |
| Service | 01/08/2023 | Review and study complaint | 1.00 | $795.00 | $795.00 |
| Service | 01/08/2023 | Review and collect evidence from client | 0.90 | $795.00 | $715.50 |
| Service | 01/08/2023 | Review and send filed documents to client | 0.20 | $795.00 | $159.00 |
| Service | 01/10/2023 | Call with Pete Barry to discuss ruling on Rule 15 motion | 0.50 | $795.00 | $397.50 |
| Service | 01/10/2023 | Call with Pete Barry to discuss deposition schedule | 0.30 | $795.00 | $238.50 |
| Service | 01/10/2023 | Draft and file Pro Hac Vice paperwork | 0.20 | $795.00 | $159.00 |
| Service | 01/11/2023 | Discussion with Co-counsel re settlement | 0.10 | $795.00 | $79.50 |
| Service | 03/14/2023 | Call with cc | 0.50 | $795.00 | $397.50 |
| Service | 03/14/2023 | Draft net worth discovery | 0.30 | $795.00 | $238.50 |
| Service | 03/29/2023 | Deposition prep | 2.00 | $795.00 | $1,590.00 |

**Total**    **$5,724.00**

Please make all amounts payable to: Swigart Law Group, APC

Invoice # 744 - 03/29/2023

Please pay within 30 days.

# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Kelly, | Case No.: 0:22-cv-1799-ECT-JFD |
| Plaintiff, | **DEFENDANT UNITED PAYMENT CENTER INC.'S OFFER OF JUDGMENT TO PLAINTIFF BRIAN KELLY UNDER RULE 68, FEDERAL RULES OF CIVIL PROCEDURE** |
| v. | |
| United Payment Center Inc., | |
| Defendant. | |

TO:    Plaintiff Brian Kelly and his attorneys Peter Barry, The Barry Law Office, Ltd, 333 Washington Ave. No, Suite 300-9038, Minneapolis, MN 55401-1353 and Joshua Swigart, Swigart Law Group, APC, 2221 Camino Del Rio South Suite 308, San Diego, CA 92108

Pursuant to Rule 68, Federal Rules of Civil Procedure ("Rule 68"), and without admitting any liability and subject to the terms described below, Defendant United Payment Center Inc. ("UPC") hereby offers to have final judgment entered against it with respect to the factual allegations and claims asserted by Plaintiff Brian Kelly in his operative Amended Complaint in this matter ("Claims"):

1.    UPC does not admit and affirmatively denies that it is liable or responsible in any way for the damages Plaintiff has alleged in connection with his Claims.

2.    UPC makes this offer solely to allow the parties to move forward and to avoid the costs associated with litigating the Claims.

3.    Judgment will be taken against UPC, and in favor of Plaintiff as follows:

    a.    Payment to Plaintiff in the amount of fifty thousand dollars ($50,000) comprising all damages and relief that could be awarded to Plaintiff

in a final aggregate judgment against UPC including, but not limited to, statutory, compensatory, consequential, punitive, liquidated, actual monetary loss, and/or emotional distress damages that Plaintiff alleges, and inclusive of prejudgment interest, costs and disbursements, and applicable attorneys' fees; and

    b.    Dismissal of this action with prejudice.

4.    This Offer of Judgment is conditioned on its acceptance by Plaintiff; unless he accepts, this offer will be deemed rejected.

5.    This Offer of Judgment is also conditioned on approval of the judgment by the Court after acceptance by Plaintiff.

6.    If this Offer of Judgment is not accepted by Plaintiff within fourteen (14) days after service of the offer, it will be deemed withdrawn pursuant to Rule 68.

7.    Evidence of this Offer of Judgment may not be given at trial, except in a proceeding to determine attorneys' fees and costs as relevant. If accepted but not later approved by the Court, this offer will impose no obligation on any party, and evidence of the offer may not be given at trial or used for any purpose in this case.

8.    Pursuant to Rule 68(d), if Plaintiff does not accept this Offer of Judgment, and the final judgment in this matter is not more favorable to Plaintiff than the terms of this Offer of Judgment, Plaintiff must pay the costs incurred by UPC in this action after the date that this Offer of Judgment was made.

9.    This Offer of Judgment is an offer to compromise under Rule 408 of the Federal Rules of Evidence and is made for the purposes specified in Rule 68, and neither

this offer, nor any resulting judgment, may be deemed or offered or received in evidence as a presumption, concession or admission by UPC of any fault, liability, or wrongdoing in this action, or that Plaintiff or any other person has suffered any damages or is otherwise entitled to any relief whatsoever.


Dated: <u>April 7, 2023</u>                          Gordon Rees Scully Mansukhani LLP


                                                     <u>**/s/  Dan Brees**</u>
                                                     Suzanne L. Jones,  MN Bar No. 389345
                                                     David A. Schooler, MN Bar No. 225782
                                                     Daniel P. Brees, MN Bar No. 395284
                                                     Gordon Rees Scully Mansukhani LLP
                                                     80 S. 8th Street, Suite 3850
                                                     Minneapolis, MN 55402
                                                     Ph: 612-351-5969
                                                     sljones@grsm.com
                                                     dschooler@grsm.com
                                                     dbrees@grsm.com

                                                     *Attorneys for Defendant,*
                                                     *United Payment Center Inc.*

# EXHIBIT 3

# THE BARRY LAW OFFICE, LTD

Peter F. Barry
Attorney at Law
pbarry@lawpoint.com

Minneapolis
(612) 379-8800

Portland
(503) 382-8800

333 Washington Ave No
Suite 300-9038
Minneapolis, MN 55401

April 13, 2023

Hon. John F. Docherty, United States Magistrate Judge
docherty_chambers@mnd.uscourts.gov
United States District Court
316 N. Robert Street
St. Paul, MN 55101

**RE:**   Brian Kelly v. United Payment Center, Inc.
Case No. 22-cv-1799-ECT-JFD

## <u>JOINT SETTLEMENT LETTER – VIA EMAIL ONLY</u>

Your Honor:

The parties jointly submit this settlement letter in the above matter pursuant to the Court's settlement conference order of January 25, 2023 (Dkt. #34).

### <u>Current Settlement Positions</u>
Defendant has very recently served a Rule 68 Offer of Judgment for $50,000. Plaintiff has not yet responded to this offer, but it is under consideration. Plaintiff views this as a serious offer, appreciates the tone in which it has been conveyed, and intends to provide a reasoned response. Plaintiff's most recent demand was for $155,568, a number which has subsequently been pulled off the table given the state of discovery and the Court's ruling permitting punitive damages on January 9, 2023.

### <u>Activities to Encourage Early Settlement</u>
Plaintiff has drafted and sent to Defendant a five-page settlement agreement containing all proposed material terms between the parties, except for the ultimate settlement amount to prevent any unexpected barriers to settlement. It may also assist in resolving this case early without the necessity of a settlement conference with the Court on June 7, 2023.

The parties have had lengthy, productive, and respectful discussions regarding settlement. Plaintiff deposed one of the owners of the Defendant recently. Plaintiff has responded to Defendant's written discovery requests, served some subpoenas, and served written discovery upon Defendant. Defendant has been given an extension of time to respond to written discovery in an effort to encourage further settlement discussions.

Both the plaintiff and the defendant are interested in resolving this matter on terms mutually acceptable to both parties.

**LAWPOINT.COM**

April 13, 2023

**Names and Telephone Numbers of May 1, 2023, Call Participants**

Plaintiff's Attorney        Peter F. Barry  (612) 379-8800  pbarry@lawpoint.com
Defendant's Attorney        Dan Brees        (651) 802-3364  dbrees@grsm.com

Thank you for your consideration and attention to this case, Your Honor.

Respectfully,

*For Plaintiff:*

**THE BARRY LAW OFFICE, LTD**


Peter F. Barry, Esq.
Attorney at Law



*For Defendant:*

**GORDON REES SCULLY MANSUKHANI, LLP**


Daniel P. Brees, Esq.
Attorney at Law


PFB:ra

1283673/76092031v.1

# EXHIBIT 4

Specific Reduction for Failed Summary Judgment

| Date | Timekeeper | Hours | Rate | Total | Source |
|---|---|---|---|---|---|
| 4/13/2023 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
| 4/17/2023 | Barry | 3.4 | $ 600.00 | $ 2,040.00 | Dkt. 58-2 |
| 4/18/2023 | Barry | 3.6 | $ 600.00 | $ 2,160.00 | Dkt. 58-2 |
| 4/19/2023 | Barry | 0.5 | $ 600.00 | $ 300.00 | Dkt. 58-2 |
| 4/20/2023 | Barry | 3.3 | $ 600.00 | $ 1,980.00 | Dkt. 58-2 |
| 4/20/2023 | Barry | 0.2 | $ 600.00 | $ 120.00 | Dkt. 58-2 |
| 4/20/2023 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
| 4/21/2023 | Barry | 6.4 | $ 600.00 | $ 3,840.00 | Dkt. 58-2 |
| 4/22/2023 | Barry | 0.8 | $ 600.00 | $ 480.00 | Dkt. 58-2 |
| 4/25/2023 | Barry | 5.3 | $ 600.00 | $ 3,180.00 | Dkt. 58-2 |
| 4/25/2023 | Barry | 0.2 | $ 600.00 | $ 120.00 | Dkt. 58-2 |
| 4/27/2023 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
| 4/27/2023 | Barry | 0.1 | $ 600.00 | $ 60.00 | Dkt. 58-2 |
| 5/2/2023 | Barry | 0.4 | $ 600.00 | $ 240.00 | Dkt. 58-2 |
| 5/9/2023 | Barry | 1.9 | $ 600.00 | $ 1,140.00 | Dkt. 58-2 |
| 5/9/2023 | Barry | 0.4 | $ 600.00 | $ 240.00 | Dkt. 58-2 |
| 5/10/2023 | Barry | 2.8 | $ 600.00 | $ 1,680.00 | Dkt. 58-2 |
| | | | | | |
| | Barry total | | | $ 18,120.00 | |
| | | | | | |
| 4/20/2023 | Swigart | 1.0 | $ 595.00 | $ 595.00 | Dkt. 59-2 |
| 4/27/2023 | Swigart | 0.5 | $ 595.00 | $ 297.50 | Dkt. 59-2 |
| 5/9/2023 | Swigart | 1.0 | $ 595.00 | $ 595.00 | Dkt. 59-2 |
| | | | | | |
| | Swigart total | | | $ 1,487.50 | |
| | | | | | |
| 4/17/2023 | Paralegal | 0.3 | $ 225.00 | $ 67.50 | Dkt. 59-3 |
| 4/17/2023 | Paralegal | 1.6 | $ 225.00 | $ 360.00 | Dkt. 59-3 |
| 4/19/2023 | Paralegal | 0.7 | $ 225.00 | $ 157.50 | Dkt. 59-3 |
| 4/19/2023 | Paralegal | 2.0 | $ 225.00 | $ 450.00 | Dkt. 59-3 |
| 4/20/2023 | Paralegal | 1.4 | $ 225.00 | $ 315.00 | Dkt. 59-3 |
| 4/20/2023 | Paralegal | 3.7 | $ 225.00 | $ 832.50 | Dkt. 59-3 |
| 4/20/2023 | Paralegal | 2.4 | $ 225.00 | $ 540.00 | Dkt. 59-3 |
| 4/20/2023 | Paralegal | 0.5 | $ 225.00 | $ 112.50 | Dkt. 59-3 |
| 4/21/2023 | Paralegal | 0.6 | $ 225.00 | $ 135.00 | Dkt. 59-3 |
| 4/21/2023 | Paralegal | 1.6 | $ 225.00 | $ 360.00 | Dkt. 59-3 |
| 4/22/2023 | Paralegal | 1.8 | $ 225.00 | $ 405.00 | Dkt. 59-3 |
| 4/24/2023 | Paralegal | 0.8 | $ 225.00 | $ 180.00 | Dkt. 59-3 |
| 4/24/2023 | Paralegal | 0.2 | $ 225.00 | $ 45.00 | Dkt. 59-3 |
| 4/26/2023 | Paralegal | 0.2 | $ 225.00 | $ 45.00 | Dkt. 59-3 |
| 5/5/2023 | Paralegal | 0.2 | $ 225.00 | $ 45.00 | Dkt. 59-3 |
| 5/9/2023 | Paralegal | 1.3 | $ 225.00 | $ 292.50 | Dkt. 59-3 |
| 5/9/2023 | Paralegal | 0.4 | $ 225.00 | $ 90.00 | Dkt. 59-3 |

| 5/9/2023 | Paralegal | | 0.7 | $ 225.00 | $ | 157.50 | Dkt. 59-3 |
|---|---|---|---|---|---|---|---|
| 5/9/2023 | Paralegal | | 1.0 | $ 225.00 | $ | 225.00 | Dkt. 59-3 |
| 5/9/2023 | Paralegal | | 1.7 | $ 225.00 | $ | 382.50 | Dkt. 59-3 |
| 5/17/2023 | Paralegal | | 0.3 | $ 225.00 | $ | 67.50 | Dkt. 59-3 |
| | | | | | | | |
| | Paralegal total | | | | $ | 5,265.00 | |
| | | | | | | | |
| | | | | | | | |
| **Total on summary judgment** | | | | | **$ 24,872.50** | | |

# EXHIBIT 5

Specific Reduction for Overstaffing

| Date | Timekeeper | Hours | Rate | Total | Source |
|---|---|---|---|---|---|
| 3/29/2023 | Swigart | 2.0 | $ 595.00 | $ 1,190.00 | Dkt. 59-1 |
| 3/30/2023 | Swigart | 0.4 | $ 595.00 | $ 238.00 | Dkt. 59-2 |
| 3/30/2023 | Swigart | 6.7 | $ 595.00 | $ 3,986.50 | Dkt. 59-2 |
| | | | | | |
| **Total overstaffing** | | | | **$ 5,414.50** | |

# EXHIBIT 6

Specific Reduction for Clerical Work

|  | Date | Timekeeper | Hours | Rate | Total | Source |
|---|---|---|---|---|---|---|
|  | 6/29/2022 | Barry | 0.2 | $ 600.00 | $ 120.00 | Dkt. 58-2 |
| ** | 7/7/2022 | Barry | 0.2 | $ 600.00 | $ 120.00 | Dkt. 58-2 |
|  | 7/15/2022 | Barry | 0.6 | $ 600.00 | $ 360.00 | Dkt. 58-2 |
|  | 7/15/2022 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
|  | 7/18/2022 | Barry | 0.1 | $ 600.00 | $ 60.00 | Dkt. 58-2 |
|  | 7/18/2022 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
|  | 8/11/2022 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
|  | 10/20/2022 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
|  | 11/7/2022 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
| ** | 11/7/2022 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
| ** | 11/30/2022 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
| ** | 12/8/2022 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
| ** | 12/9/2022 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
|  | 12/22/2022 | Barry | 0.6 | $ 600.00 | $ 360.00 | Dkt. 58-2 |
|  | 1/10/2023 | Barry | 0.6 | $ 600.00 | $ 360.00 | Dkt. 58-2 |
|  | 2/22/2023 | Barry | 0.2 | $ 600.00 | $ 120.00 | Dkt. 58-2 |
|  | 3/14/2023 | Barry | 0.2 | $ 600.00 | $ 120.00 | Dkt. 58-2 |
|  | 3/17/2023 | Barry | 0.9 | $ 600.00 | $ 540.00 | Dkt. 58-2 |
|  | 3/30/2023 | Barry | 0.1 | $ 600.00 | $ 60.00 | Dkt. 58-2 |
|  | 4/26/2023 | Barry | 0.2 | $ 600.00 | $ 120.00 | Dkt. 58-2 |
|  | 4/27/2023 | Barry | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
|  | 4/27/2023 | Barry | 0.1 | $ 600.00 | $ 60.00 | Dkt. 58-2 |
|  | 4/27/2023 | Barry | 0.1 | $ 600.00 | $ 60.00 | Dkt. 58-2 |
|  | 5/8/2023 | Barry | 0.1 | $ 600.00 | $ 60.00 | Dkt. 58-2 |
|  | 5/17/2023 | Barry | 0.4 | $ 600.00 | $ 240.00 | Dkt. 58-2 |
| **The clerical time on these entries are estimated because timekeeper engaged in block billing. | | | | | | |
|  |  |  |  |  |  |  |
|  |  | Barry total |  |  | $ 4,560.00 |  |
|  |  |  |  |  |  |  |
|  | 1/10/2023 | Swigart | 0.3 | $ 595.00 | $ 178.50 | Dkt. 59-1 |
|  | 1/10/2023 | Swigart | 0.2 | $ 595.00 | $ 119.00 | Dkt. 59-1 |
|  | 5/18/2023 | Swigart | 0.4 | $ 595.00 | $ 238.00 | Dkt. 59-2 |
|  |  |  |  |  |  |  |
|  |  | Swigart total |  |  | $ 535.50 |  |
|  |  |  |  |  |  |  |
|  | **Total clerical work by attorneys** |  |  |  | **$ 5,095.50** |  |

# EXHIBIT 7

Specific Reduction for Vague Entries of Internal Meetings

| Date | Timekeeper | Entry | Hours | Rate | Total | Source |
|---|---|---|---|---|---|---|
| 1/10/2023 | Barry | "Call with co-counsel. Served amended notice of deposition." | 0.6 | $ 600.00 | $ 360.00 | Dkt. 58-2 |
| 1/23/2023 | Barry | "Call with co-counsel." | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
| 2/21/2023 | Barry | "Call with co-counsel." | 0.5 | $ 600.00 | $ 300.00 | Dkt. 58-2 |
| 2/22/2023 | Barry | "Conversation with co-counsel" | 0.1 | $ 600.00 | $ 60.00 | Dkt. 58-2 |
| 3/14/2023 | Barry | "Call with Co-counsel." | 0.7 | $ 600.00 | $ 420.00 | Dkt. 58-2 |
| 4/18/2023 | Barry | "Call with cocounsel" | 0.4 | $ 600.00 | $ 240.00 | Dkt. 58-2 |
| 4/19/2023 | Barry | "Call with co counsel" | 0.2 | $ 600.00 | $ 120.00 | Dkt. 58-2 |
| 4/20/2023 | Barry | "Call with co-counsel" | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
| 4/24/2023 | Barry | "Call to counsel" | 0.4 | $ 600.00 | $ 240.00 | Dkt. 58-2 |
| 4/27/2023 | Barry | "Call with co-counsel" | 0.5 | $ 600.00 | $ 300.00 | Dkt. 58-2 |
| 4/28/2023 | Barry | "Call with Swigart" | 0.2 | $ 600.00 | $ 120.00 | Dkt. 58-2 |
| 4/28/2023 | Barry | "Call with co-counsel" | 0.2 | $ 600.00 | $ 120.00 | Dkt. 58-2 |
| 5/1/2023 | Barry | "Call with Cocounsel" | 0.1 | $ 600.00 | $ 60.00 | Dkt. 58-2 |
| 5/1/2023 | Barry | "Call with cocounsel" | 0.1 | $ 600.00 | $ 60.00 | Dkt. 58-2 |
| 5/1/2023 | Barry | "Call with counsel" | 0.4 | $ 600.00 | $ 240.00 | Dkt. 58-2 |
| 5/2/2023 | Barry | "Call with co-counsel" | 0.5 | $ 600.00 | $ 300.00 | Dkt. 58-2 |
| 5/5/2023 | Barry | "Call with cocounsel" | 0.6 | $ 600.00 | $ 360.00 | Dkt. 58-2 |
| 5/8/2023 | Barry | "Call with cocounsel" | 0.2 | $ 600.00 | $ 120.00 | Dkt. 58-2 |
| 5/9/2023 | Barry | "Call with co-counsel" | 0.8 | $ 600.00 | $ 480.00 | Dkt. 58-2 |
| 5/9/2023 | Barry | "Call with law clerk" | 0.3 | $ 600.00 | $ 180.00 | Dkt. 58-2 |
| 5/9/2023 | Barry | "Email threads with co-counsel" | 0.1 | $ 600.00 | $ 60.00 | Dkt. 58-2 |
| 5/25/2023 | Barry | "Email threads with co-counsel" | 0.1 | $ 600.00 | $ 60.00 | Dkt. 58-2 |
| | | | | | | |
| 3/14/2023 | Swigart | "Call with cc" | 0.5 | $ 595.00 | $ 297.50 | Dkt. 59-1 |
| 3/30/2023 | Swigart | "Call with Co-counsel" | 0.8 | $ 595.00 | $ 476.00 | Dkt. 59-2 |
| | | | | | | |
| | | | | | | |
| **Total vague internal meetings** | | | **8.9** | | **$ 5,333.50** | |