# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Brian Kelly, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 22-cv-1799 ECT/DLM |
| United Payment Center Inc. | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Brian Kelly's motion for attorneys' fees and costs [ECF No. 55] is **GRANTED IN PART**; and

2. Plaintiff is awarded attorneys' fees in the amount of $78,782.50 and costs in the amount of $7,207.66.

Date: 9/27/2023                                                                                   KATE M. FOGARTY, CLERK