# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian Kelly,<br><br>   Plaintiff,<br>v.<br><br>United Payment Center, Inc.,<br><br>   Defendant. | Case No.: 0:22-cv-1799-ECT-DLM<br><br>**SATISFACTION OF JUDGMENTS** |

On September 27, 2023, the Court entered a Judgment in the above-referenced matter against Defendant United Payment Center, Inc. in favor of Plaintiff as follows:

> **Plaintiff is awarded attorneys' fees in the amount of $78,782.50 and costs in the amount of $7,207.66.**

(ECF #66).

On October 4, 2023, the Court entered an additional Judgment in the above-referenced matter against Defendant United Payment Center, Inc. in favor of Plaintiff as follows:

> **Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff Brian Kelly against Defendant United Payment Center Inc. in the amount of $10,000.00.**

(ECF #67).

Plaintiff, through counsel, hereby certifies full satisfaction of said judgments by the Defendant United Payment Center, Inc.'s payment via bank wire transfer to trust of

**$95,990.16**, as and for these Judgments entered herein (ECF #66 and #67), and therefore authorizes and respectfully requests that the Clerk of Court to fully discharge the same.

Respectfully submitted,

**THE BARRY LAW OFFICE, LTD**

Dated: October 16, 2023

By: s/**Peter F. Barry**
Peter F. Barry (#0266577)
333 Washington Ave N, Suite 300-9038
Minneapolis, MN 55401
Phone: 612-379-8800
E-Mail: pbarry@lawpoint.com

***Attorney for Plaintiff***

pfb/ra